J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

ATTORNEYS FOR PLAINTIFF
B&G FOODS NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFONRIA**

B&G FOOD NORTH AMERICA, INC.,

Plaintiff,

v.

KIM EMBRY and NOAM GLICK, acting in the purported public interest of the general public of the State of California,

Defendants.

**Case No. 2:20-cv-00526-KJM-DB**

**DECLARATION OF SCOTT LERNER IN SUPPORT OF PLAINTIFF B&G FOODS NORTH AMERICA INC.'S MOTION TO TRANSFER VENUE TO NORTHERN DISTRICT OF CALIFORNIA**

Date: May 15, 2020
Time: 10:00 a.m.
Judge: Hon. Kimberly Mueller
Courtroom: 3

I, Scott Lerner, declare:

1. I am the Executive Vice President, General Counsel, Secretary and Chief Compliance Officer of B&G Foods North America, Inc. ("B&G Foods"). If called as a witness, I could, and would, testify competently to the facts set forth herein.

2. B&G Foods has its headquarters and executive offices in Parsippany, New Jersey. B&G Foods' management and administrative personnel are based in the New Jersey headquarters.

3. B&G Foods does not have any offices in the Eastern District of California.

4. B&G Foods does not make any of its products in the Eastern District of California or operate any facilities there. B&G Foods' only California facility is a leased distribution center in Fontana, California, located in San Bernardino County, which is operated by a third-party logistics provider.

5. B&G Foods does not maintain official corporate records in the Eastern District of California. B&G Foods' central information and document storage systems are located and/or operated at its headquarters in New Jersey.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed: April 6, 2020

Scott Lerner