1    J. Noah Hagey, Esq. (SBN: 262331)
        hagey@braunhagey.com
2    Matthew Borden, Esq. (SBN: 214323)
        borden@braunhagey.com
3    David H.  Kwasniewski, Esq. (SBN: 281985)
        kwasniewski@braunhagey.com
4    BRAUNHAGEY & BORDEN LLP
     351 California Street, 10th Floor
5    San Francisco, CA 94104
     Telephone: (415) 599-0210
6    Facsimile: (415) 599-0210

7    ATTORNEYS FOR PLAINTIFF
     B&G FOODS NORTH AMERICA, INC.

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **EASTERN DISTRICT OF CALIFORNIA**

12

13   B&G FOOD NORTH AMERICA, INC.,          **Case No.  2:20-cv-00526-KJM-DB**

14                    Plaintiff,            **DECLARATION OF DAVID H.
                                            KWASNIEWSKI IN SUPPORT OF
15          v.                              PLAINTIFF'S OPPOSITION TO
                                            DEFENDANTS' EX PARTE
16   KIM EMBRY and NOAM GLICK, acting in the   APPLICATION TO ENLARGE
     purported public interest of the general public of   BRIEFING ON MOTION TO DISMISS**
17   the State of California,
                                            Judge:       Hon. Kimberly Mueller
18                    Defendants.           Courtroom:   3

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID H. KWASNIEWSKI

1      I, David H. Kwasniewski, declare:

2          1.      I am licensed to practice before this Court and am an attorney at BraunHagey &

3   Borden LLP, counsel for Plaintiff B&G Foods North America, Inc. in this action.  If called as a

4   witness, I could, and would, testify competently to the facts below.

5          2.      On April 13, 2020 I attended a telephonic meet and confer with Defendants

6   regarding their contemplated motion to dismiss.  In this meet and confer, Defendants stated all the

7   arguments they intended to raise in their motion to dismiss.  The call lasted nine minutes.

8          I declare under penalty of perjury under the laws of the State of California that the

9   foregoing is true and correct to the best of my knowledge, information, and belief.

10

11   Dated:  April 21, 2020                              By: _____

12                                                                      David H. Kwasniewski

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF DAVID H. KWASNIEWSKI