J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
    kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

ATTORNEYS FOR PLAINTIFF
B&G FOODS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOOD NORTH AMERICA, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>KIM EMBRY and NOAM GLICK, acting in the purported public interest of the general public of the State of California,<br><br>        Defendants. | **Case No. 2:20-cv-00526-KJM-DB**<br><br>**DECLARATION OF DAVID H. KWASNIEWSKI IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT**<br><br>Date:     July 24, 2020<br>Time:    10:00 a.m.<br>Judge:   Hon. Kimberly Mueller<br>Courtroom: 3 |

Case No. 2:20-cv-00526-KJM-DB
DECLARATION OF DAVID H. KWASNIEWSKI

I, David H. Kwasniewski, declare:

1. I am licensed to practice before this Court and am an attorney at BraunHagey & Borden LLP, counsel for Plaintiff B&G Foods North America, Inc. in this action. If called as a witness, I could, and would, testify competently to the facts below.

2. On March 20, 2020, I attended a meet and confer with Embry's lawyers about scheduling her deposition. During that call, Embry's lawyers objected to B&G Foods taking her deposition, stating that Embry lacked any "percipient knowledge" regarding the claim she asserted against B&G Foods.

3. The table below summarizes the following information from OEHHA's Budget Report, a true and correct copy of which is attached as **Exhibit 1**: (1) OEHHA's annual budget; (2) the amount of funding OEHHA received from Proposition 65 civil penalties; and (3) the percentage of OEHHA's annual budget that was funded by Proposition 65 civil penalties. As shown in the table below, Proposition 65 civil penalties have accounted for more than 15 percent of OEHHA's annual budget over the last three fiscal years:

| Year | OEHHA Budget | Prop. 65 Civil Penalties | Percentage of Funding |
| --- | --- | --- | --- |
| 2017-18 | $23.453 Million | $3.702 Million | 15.8% |
| 2018-19 | $28.615 Million | $4.764 Million | 16.6% |
| 2019-20 | $28.362 Million | $3.909 Million | 13.8% |
| **Cumulative** | $80.43 Million | $12.38 Million | 15.4% |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: June 1, 2020                             By: _____
                                                                David H. Kwasniewski