# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BG FOODS NORTH AMERICA, INC.,**

CASE NO: **2:20–CV–00526–KJM–DB**

v.

**KIM EMBRY, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/7/2020**

 

**Keith Holland**
Clerk of Court

ENTERED: **October 7, 2020**

by: /s/ K. Zignago
Deputy Clerk