J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
    kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

ATTORNEYS FOR PLAINTIFF
B&G FOODS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOOD NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIM EMBRY and NOAM GLICK, acting in the purported public interest of the general public of the State of California, <br><br> Defendants. | **Case No. 2:20-cv-00526-KJM-DB** <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

| | |
|---|---|
| 1 | Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff B&G Foods North America, Inc. ("B&G Foods") hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Noam Glick. |

Dated: July 7, 2022

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/ J. Noah Hagey*
    J. Noah Hagey

Attorneys for Plaintiff
B&G FOODS NORTH AMERICA, INC.