UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G Foods North America, Inc., | No. 2:20-cv-00526-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Kim Embry, et al., | |
| Defendants. | |

    Defendants move for administrative relief to shorten the time for a hearing on a motion for sanctions and thereby avoid a potential timeliness issue.  Mot., ECF No. 62.  Plaintiff opposes the motion, claiming the request is futile because service was invalid.  Opp'n, ECF No. 63.

    Both parties note their dispute about the briefing schedule and attempt to reach an agreement, which was frustrated in part by this court's prior order setting the motion hearing for February 17, 2023.  The parties do not appear to have met and conferred about the schedule.  *See* Opp'n at 2.  To facilitate the parties' resolving this dispute, the court RESETS the motion hearing for March 10, 2023, at 10:00 AM.  The court vacates its prior order to the extent it set defendants' deadline to file their response and motion for sanctions by January 13, 2023.  The parties are **directed to meet and confer about the briefing schedule,** including setting defendants' deadline to file their response and sanctions motion, and **submit a joint stipulation or status report within seven days**.

1     This order resolves ECF No. 62.

2     IT IS SO ORDERED.

3 DATED: January 12, 2023

4                                    CHIEF UNITED STATES DISTRICT JUDGE