CRAIG M. NICHOLAS (Bar No. 178444)
cnicholas@nicholaslaw.org
SHAUN MARKLEY (Bar No. 245598)
smarkley@nicholaslaw.org
JAKE W. SCHULTE (Bar No. 293777)
jschulte@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
(619) 325-0492 (Tel)
(619) 325-0496 (Fax)

NOAM GLICK (Bar No. 251582)
noam@glicklawgroup.com
**GLICK LAW GROUP, P.C.**
225 Broadway, Suite 2100
San Diego, CA 92101
Tel: (619) 382-3400
Fax: (619) 615-2193

Attorneys for Defendants
KIM EMBRY and ENVIRONMENTAL
HEALTH ADVOCATES, INC.

J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
Forrest Hainline, Esq. (SBN 64166)
hainline@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
Robert Petraglia, Esq. (SBN: 264849)
petraglia@braunhagey.com
**BRAUNHAGEY & BORDEN LLP**
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 599-0210

Attorneys for Plaintiff
B&G FOODS NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., | ) CASE NO. 2:20-CV-00526-KJM-DB |
| Plaintiff, | ) *Hon. Kimberly J. Mueller* |
| v. | ) **JOINT STIPULATION** |
| KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | ) |
| Defendants. | ) |

TO THE HONORABLE COURT:

Plaintiff B&G Foods North America, Inc. ("B&G" or "Plaintiff"), and Defendants Kim Embry and Environmental Health Advocates, Inc. ("Defendants") (together, the "Parties"), by and through their respective counsel, hereby submit the following Joint Stipulation pursuant to this Court's Order (ECF 64).

**NOW THEREFORE IT IS HEREBY STIPULATED** by the undersigned Parties, through their respective counsel, that the following briefing schedule will be in effect regarding Defendants' anticipated motion to dismiss and sanctions motion set for a hearing on March 10, 2023:

1. Motion to Dismiss

   a. Defendants' Opening Brief: filed on January 19, 2023

   b. B&G's Opposition: February 16, 2023

   c. Defendants' Reply: February 28, 2023

2. Motion for Sanctions

   a. Defendants' Opening Brief: filed on February 9, 2023

   b. B&G's Opposition: February 21, 2023

   c. Defendants' Reply: February 28, 2023

Dated: January 19, 2023            **NICHOLAS & TOMASEVIC, LLP**


                                   By:_____*/s/ Jake W. Schulte*_____
                                          Jake W. Schulte

                                   Attorneys for Defendants




Dated: January 19, 2023            **BRAUNHAGEY & BORDEN, LLP**


                                   By:_____*/s/ David H. Kwasniewski*_____
                                          David H. Kwasniewski

                                   Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system on this 19th day of January 2023, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those that are indicated as non-registered participants, if any.

*/s/ Jake W. Schulte*
Jake W. Schulte