# EXHIBIT 3

FILED
ALAMEDA COUNTY

MAR 15 2018

CLERK OF THE SUPERIOR COURT

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| KIM EMBRY, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WESTERN BAGEL BAKING CORPORATION, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No.: RG17884528<br>Reservation No.: 1923875<br><br>[PROPOSED] JUDGMENT PURSUANT TO TERMS OF PROPOSITION 65 SETTLEMENT AND CONSENT JUDGMENT<br><br>Date:  March 15, 2018<br>Time:  9:00 a.m.<br>Dept.:  25<br>Judge:  Hon. Ronni MacLaren<br><br>Case Filed:  December 4, 2017<br>Trial Date:  None Set |

1    Plaintiff Kim Embry and Defendant Western Bagel Baking Corporation agreed through
2 their respective counsel to enter judgment pursuant to the terms of their settlement in the form of a
3 stipulated judgment ("Consent Judgment"). This Court's issued an Order approving the
4 Proposition 65 Settlement and Consent Judgment on March 15, 2018.

5    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to Health and
6 Safety Code, section 25249.7(f)(4) and Code of Civil Procedure, section 664.6, judgment is
7 hereby entered in accordance with the terms of the Consent Judgment attached hereto as **Exhibit**
8 **A**. By stipulation of the parties, the Court will retain jurisdiction to enforce the settlement under
9 Code of Civil Procedure, section 664.6.

11 **IT IS SO ORDERED.**

14 Dated: **March 15, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Ronni MacLaren
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE OF THE SUPERIOR COURT

2
[PROPOSED] JUDGMENT PURSUANT TO TERMS OF
PROPOSITION 65 SETTLEMENT AND CONSENT JUDGMENT

# EXHIBIT A

GLICK LAW GROUP, PC
  Noam Glick (SBN 251582)
  Kelsey McCarthy (SBN 305372)
225 Broadway, Suite 2100
San Diego, California 92101
Tel: (619) 382-3400
Fax: (619) 615-2193

Attorneys for Plaintiff
Kim Embry

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| KIM EMBRY, an individual<br><br>Plaintiff,<br><br>v.<br><br>WESTERN BAGEL BAKING CORP., an California corporation, and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. RG17884528<br><br>**[PROPOSED] CONSENT JUDGMENT**<br><br>(Health & Safety Code § 25249.6 *et seq.* and Code Civ. Proc. § 664.6 ) |

1. **INTRODUCTION**

    **1.1  Parties**

    This Consent Judgment is entered into by and between Kim Embry ("Embry") and Western Bagel Baking Corp. ("Western") (collectively the "Parties").

    **1.2  Plaintiff**

    Embry is an individual residing in California and acting in the interest of the general public. She seeks to promote awareness of exposures to toxic chemicals and to improve human health by reducing or eliminating hazardous substances contained in consumer products.

    **1.3  Defendant**

    Western employs ten or more individuals and is a "person in the course of doing business" for purposes of the Safe Drinking Water and Toxic Enforcement Act of 1986, Health and Safety Code section 25249.6 *et seq.* ("Proposition 65").

    **1.4  General Allegations**

    Embry alleges that Western manufactures, imports, sells, and distributes for sale in California Bagels that, when grilled or toasted, contains acrylamide. Embry further alleges that Western does so without providing a sufficient health hazard warning as required by Proposition 65 and related Regulations. Pursuant to Proposition 65, acrylamide is listed as a chemical known to cause cancer and reproductive harm.

    **1.5  Product Description**

    For purposes of this Consent Judgment "Product" or "Products" are defined as bagels that, when grilled or toasted, contain acrylamide that are manufactured, imported, sold, or distributed for sale in California by Western and Releasees, defined *infra*.

    **1.6  Other Releasees**

    Western also sells its bagel products under CVS's generic bagel product brand "Cottage Hearth." Western sells its bagel products, under the Western brand name, at other grocery and retail outlets such as Ralphs, through a distribution chain that includes DSD and Unified Grocers (now SuperValu, Inc.). This Consent Judgment expressly encompasses all Western bagel products, whether sold under its own brand name, under the Cottage Hearth brand, or some other private label, at all

grocery and retail locations. The term "Western" used throughout this Consent Judgment refers to all such products, including the private label products.

### 1.7 Notices of Violation

On May 2, 2017, Embry served Western, Ralphs, the California Attorney General, and all other required public enforcement agencies with a 60-Day Notice of Violation of California Health and Safety Code section 25249.6 *et seq.* ("Notice"). The Notice alleged that Western violated Proposition 65 by failing to sufficiently warn consumers in California of the health hazards associated with exposures to acrylamide contained in the Products. Embry sent an amended notice to the same individuals on July 21, 2017, specifying that the alleged exposures violating Proposition 65 resulted from grilling or toasting the Products.

On June 26, 2017, Embry served certain Releasees – CVS and Unified Grocers (now SuperValu, Inc.) – as well as the California Attorney General, and all other required public enforcement agencies with a 60-Day Notice of Violation of California Health and Safety Code section 25249.6 *et seq.* ("Notice"). The Notice alleged that these entities violated Proposition 65 by failing to sufficiently warn consumers in California of the health hazards associated with exposures to acrylamide contained in the Products. Embry sent amended notices to the same individuals on July 21, 2017 and September 22, 2017, specifying that the alleged exposures violating Proposition 65 resulted from grilling or toasting the Products.

No public enforcer has commenced or is otherwise prosecuting an action to enforce the violations alleged in the Notice.

### 1.8 Complaint

On December 4, 2017, Embry filed a Complaint against Western for the alleged violations of Health and Safety Code section 25249.6 that are the subject of the Notice ("Complaint").

### 1.9 No Admission

Western denies the material, factual, and legal allegations in the Notices and Complaint, and maintains that all of the products it has manufactured, imported, sold, and/or distributed for sale in California, including the Products, have been, and are, in compliance with all laws. Nothing in this Consent Judgment shall be construed as an admission of any fact, finding, conclusion of law, issue of

4252528.1
4693-3.4487

3

CONSENT JUDGMENT

law, or violation of law, nor shall compliance with this Consent Judgment be construed as an admission of any fact, finding, conclusion of law, issue of law, or violation of law. This Section shall not, however, diminish or otherwise affect Western's obligations, responsibilities, and duties under this Consent Judgment.

### 1.10 Jurisdiction

For purposes of this Consent Judgment and the Complaint only, the Parties stipulate that this Court has jurisdiction over Western as to the allegations in the Complaint, that venue is proper in the County of Alameda, and that the Court has jurisdiction to enter and enforce the provisions of this Consent Judgment pursuant to Proposition 65 and Code of Civil Procedure section 664.6.

### 1.11 Effective Date

For purposes of this Consent Judgment, the term "Effective Date" means the date on which the Court grants the motion for approval of this Consent Judgment, as discussed in Section 5.

## 2. INJUNCTIVE RELIEF

### 2.1 Reformulation of the Product

Commencing six (6) months after the Effective Date, and continuing thereafter, Western shall only ship, sell, or offer for sale in California, reformulated Products pursuant to Section 2.2 or Products that are labeled with clear and reasonable warning pursuant to Section 2.3.

### 2.2 Reformulation Standard

"Reformulated Product(s)" shall mean Products that contains less than or equal to 10 parts per billion ("ppb") of acrylamide.

### 2.3 Clear and Reasonable Warnings

Commencing six (6) months after the Effective Date and continuing thereafter, Western shall, for all Products it sells or distributes in California that are not a Reformulated Products, provide clear and reasonable warnings as set forth in Proposition 65 and related Regulations. The warning shall be prominently placed with such conspicuousness as compared with other words, statements, designs, or devices as to render it likely to be read and understood by an ordinary individual under customary conditions before purchase or use. Each warning shall be provided in a manner such that the consumer

or user is reasonably likely to understand to which Product the warning applies, so as to minimize confusion.

With new Regulations set to take effect in 2018, Western has the option, without limitation, to use the language set forth in the current Regulations[1] or the language set forth in the 2018 Regulations.[2] In the event that the Office of Environmental Health Hazard Assessment promulgate one or more regulations requiring or permitting warning text and/or methods of transmission different than those set forth above, Western shall be entitled to use, at its discretion, such other warning text and/or method of transmission without being deemed in breach of this Consent Judgment.

### 2.4 Sell-Through Period

Notwithstanding anything else in this Settlement Agreement, the Products that were manufactured prior to the Effective Date and six (6) months thereafter shall be subject to the release of liability pursuant to this Consent Judgment, without regard to when such Products were, or are in the future, distributed or sold to customers. As a result, the obligations of Western, or any Releases, do not apply to these Products manufactured prior to the Effective Date and six (6) months thereafter.

### 3. MONETARY SETTLEMENT TERMS

### 3.1 Settlement Amount

Western shall pay fifty thousand dollars ($50,000) in settlement and total satisfaction of all the claims referred to in the Notice, the Complaint, and this Consent Judgment. This includes civil penalties in the amount of five thousand dollars ($5,000) pursuant to Health and Safety Code section 25249.7(b) and attorney's fees and costs in the amount of forty five thousand dollars ($45,000) pursuant to Code of Civil Procedure section 1021.5.

### 3.2 Civil Penalty

The portion of the settlement attributable to civil penalties shall be allocated according to Health and Safety Code section 25249.12(c)(1) and (d), with seventy-five percent (75%) of the penalty paid

---

[1] 27 CCR § 25603.2 [Repealed Operative August 30, 2018]: **"WARNING**: This product may contain a chemical known to the State of California to cause cancer or birth defects or other reproductive harm."

[2] 27 CCR § 25603 [Operative August 30, 2018]: **"WARNING**: This product can expose you to chemicals, including acrylamide. For more information go to www.P65Warnings.ca.gov."

to the California Office of Environmental Health Hazard Assessment ("OEHHA"), and the remaining twenty-five percent (25%) of the penalty paid to Embry.

All payments owed to Embry, shall be delivered to the following payment address:

> Noam Glick
> Glick Law Group
> 225 Broadway, Suite 2100
> San Diego, CA 92101

All payments owed to OEHHA (EIN: 68-0284486) shall be delivered directly to OEHHA (Memo Line "Prop 65 Penalties") at the following addresses:

For United States Postal Service Delivery:

> Mike Gyurics
> Fiscal Operations Branch Chief
> Office of Environmental Health Hazard Assessment
> P.O. Box 4010
> Sacramento, CA 95812-4010

For Non-United States Postal Service Delivery:

> Mike Gyurics
> Fiscal Operations Branch Chief
> Office of Environmental Health Hazard Assessment
> 1001 I Street
> Sacramento, CA 95814

Western agrees to provide Embry's counsel with a copy of the check payable to OEHHA, simultaneous with its penalty payments to Embry.

The Parties, including Embry, will exchange completed IRS 1099, W-9, or other forms as required. Relevant information for Glick Law Group, N&T, and Embry are set out below:

- "Kim Embry" whose address and tax identification number shall be provided within five (5) days after this Settlement Agreement is fully executed by the Parties;
- "Glick Law Group" (EIN: 47-1838518) at the address provided in Section 3.2(a)(i);
- "Nicholas & Tomasevic" (EIN: 46-3474065) at the address provided in Section 3.2(a)(i); and
- "Office of Environmental Health Hazard Assessment" 1001 I Street, Sacramento, CA 95814.

### 3.3 Attorney's Fees and Costs

The portion of the settlement attributable to attorney's fees and costs shall be paid to Embry's counsel, who are entitled to attorney's fees and costs incurred by her in this action, including but not limited to investigating potential violations, bringing this matter to Western's attention, as well as litigating and negotiating a settlement in the public interest.

Western shall provide its payment to Embry's counsel in two checks, divided equally, payable to Glick Law Group, PC ($22,500) and Nicholas & Tomasevic, LLP ($22,500) respectively. The addresses for these two entities are:

Noam Glick
Glick Law Group
225 Broadway, Suite 2100
San Diego, CA 92101

Craig Nicholas
Nicholas & Tomasevic, LLP
225 Broadway, 19th Floor
San Diego, CA 92101

### 3.4 Timing

The above mentioned checks will be issued within fourteen (14) days of the Effective Date.

## 4. CLAIMS COVERED AND RELEASED

### 4.1 Embry's Public Release of Proposition 65 Claims

For any claim or violation arising under Proposition 65 alleging a failure to warn about exposures to acrylamide from Products manufactured, imported, sold, or distributed by Western prior to the Effective Date, Embry, acting on her own behalf and in the public interest, releases Western of any and all liability. This includes Western's parents, subsidiaries, affiliated entities under common ownership, its directors, officers, agents, employees, attorneys, and each entity to whom Western directly or indirectly distributes or sells the Products, including but not limited to, downstream distributors, wholesalers, customers, retailers, franchisees, cooperative members and licensees (collectively, the "Releasees"). Releasees include CVS, who sales Western bagel products under the Cottage Hearth label, DSD, Unified Grocers (now SuperValu, Inc.), and Ralphs. Compliance with the terms of this Consent Judgment constitutes compliance with Proposition 65 with respect to the alleged or actual failure to warn about exposures to acrylamide from Products manufactured,

imported, sold, or distributed by Western after the Effective Date. This Consent Judgment is a full, final and binding resolution of all claims that were or could have been asserted against Western and/or Releasees for failure to provide warnings for alleged exposures to acrlyamide contained in Products.

### 4.2 Embry's Individual Release of Claims

Embry, in her individual capacity, also provides a release to Western and/or Releasees, which shall be a full and final accord and satisfaction of as well as a bar to all actions, causes of action, obligations, costs, expenses, attorney's fees, damages, losses, claims, liabilities, and demands by Embry of any nature, character, or kind, whether known or unknown, suspected or unsuspected, arising out of alleged or actual exposures to acrylamide in Products manufactured, imported, sold, or distributed by Western before the Effective Date.

### 4.3 Western's Release of Embry

Western, on its own behalf, and on behalf of Releasees as well as its past and current agents, representatives, attorneys, successors, and assignees, hereby waives any and all claims against Embry and her attorneys and other representatives, for any and all actions taken or statements made by Embry and her attorneys and other representatives, whether in the course of investigating claims, otherwise seeking to enforce Proposition 65 against it, in this matter or with respect to the Products.

## 5. COURT APPROVAL

This Consent Judgment is not effective until it is approved and entered by the Court and shall be null and void if it is not approved and entered by the Court within one year after it has been fully executed by the Parties, or by such additional time as the Parties may agree to in writing.

## 6. SEVERABILITY

Subsequent to the Court's approval and entry of this Consent Judgment, if any provision is held by a court to be unenforceable, the validity of the remaining provisions shall not be adversely affected.

## 7. GOVERNING LAW

The terms of this Consent Judgment shall be governed by the laws of the state of California and apply within the state of California. In the event that Proposition 65 is repealed, or is otherwise rendered inapplicable for reasons, including but not limited to changes in the law, then Western may

provide written notice to Embry of any asserted change, and shall have no further injunctive obligations pursuant to this Consent Judgment with respect to, and to the extent that, the Products are so affected.

8. **NOTICE**

Unless specified herein, all correspondence and notice required by this Consent Judgment shall be in writing and sent by: (i) personal delivery; (ii) first-class, registered, or certified mail, return receipt requested; or (iii) a recognized overnight courier to the following addresses:

| For Western: | For Embry: |
|---|---|
| Randall J. Lee<br>Walsworth WFBM, LLP<br>601 Montgomery Street, Ninth Floor<br>San Francisco, CA 94111 | Noam Glick<br>Glick Law Group, PC<br>225 Broadway, 21st Floor<br>San Diego, CA 92101 |

Any Party may, from time to time, specify in writing to the other, a change of address to which all notices and other communications shall be sent.

9. **COUNTERPARTS; FACSIMILE SIGNATURES**

This Consent Judgment may be executed in counterparts and by facsimile signature, each of which shall be deemed an original, and all of which, when taken together, shall constitute one and the same document.

10. **POST EXECUTION ACTIVITIES**

Embry agrees to comply with the reporting form requirements referenced in Health and Safety Code section 25249.7(f). The Parties further acknowledge that, pursuant to Health and Safety Code section 25249.7(f), a noticed motion is required to obtain judicial approval of the settlement, which motion Embry shall draft and file. In furtherance of obtaining such approval, the Parties agree to mutually employ their best efforts, including those of their counsel, to support the entry of this agreement as judgment, and to obtain judicial approval of their settlement in a timely manner. For purposes of this Section, "best efforts" shall include, at a minimum, supporting the motion for approval, responding to any objection that any third-party may make, and appearing at the hearing before the Court if so requested.

11. **MODIFICATION**

This Consent Judgment may be modified only by: (i) a written agreement of the Parties and entry of a modified consent judgment thereon by the Court; or (ii) a successful motion or application of any Party, and the entry of a modified consent judgment thereon by the Court.

12. **AUTHORIZATION**

The undersigned are authorized to execute this Consent Judgment and acknowledge that they have read, understand, and agree to all of the terms and conditions contained herein.

AGREED TO:                              AGREED TO:

Date: December 12, 2017                 Date: 12/22/17

By: _____             By: _____
KIM EMBRY                               DAVID A. BELTRAN [print name]
                                        Western Bagel Baking Corp.

CLERK'S CERTIFICATE OF SERVICE BY MAIL
CCP 1013a(3)

**CASE NAME:** Embry vs. Western Bagel Baking Corporation
**ACTION NO.:** RG17884528

I certify that, I am not a party to the within action. I served the foregoing **JUDGMENT PURSUANT TO TERMS OF PROPOSITION 65 SETTLEMENT AND CONSENT JUDGMENT** by depositing a true copy thereof in the United States mail in Oakland, California in a sealed envelope with postage fully prepaid thereon addressed to:

Glick Law Group, PC
Noam Glick
225 Broadway, Suite 2100
San Diego, CA 92101

I declare under penalty of perjury that the following is true and correct.

Executed on March 15, 2018 at Oakland, California.

Chad Finke,
Executive Officer/Clerk

By *Filipino Jungohan*
    Deputy Clerk