# EXHIBIT 10



**IEH Analytical Laboratories**
3927 Aurora Ave N • Seattle • WA • 98103
P: 206-632-2715    F: 206-632-2417

# Chain of Custody Form

Page _____ of _____

## REPORT TO:
Client: _____
Address: _____
_____
Contact: _____
Email: _____
Phone: _____ Fax: _____

## INVOICE TO: (IF DIFFERENT FROM REPORT)
Client: _____
Address: _____
_____
Contact: _____
Email: _____
Phone: _____ Fax: _____

## PROJECT INFORMATION
Quote No.: _____
Client PO: _____
Client Project: _____

### Reporting/Invoicing Format
☐ Fax   ☐ Email   ☐ Mail

### QC Data Reported
☐ Yes   ☐ No

### Sample Disposal
☐ Hold   ☐ Dispose   ☐ Return

### Turn Around Time (TAT)*
☐ Next Day   ☐ 2 Business Day
☐ 3 Business Day   ☐ Standard

Specific Date: _____

*Advanced notice required for Rush Analysis

### Analysis Requested
(columns: Number of Containers, [analysis columns], Field pH (if applicable), Field Temp (if applicable), Metals Field Filtered (Y/N), Containers Received)

### LAB USE ONLY
**Case File Number**

| SAMPLING | | | SAMPLE DESCRIPTION | | | | Temp | Lab ID |
|---|---|---|---|---|---|---|---|---|
| Date (mm-dd-yy) | Time | Matrix** | (This Will Appear On The Report) | | | | | |

**Matrix:** B=Biota, DW=Drinking Water, GW=Ground Water, P=Paint, S=Soil, SD=Sediment, SL=Sludge, SW=Surface Water, WW=Wastewater

Comments:

| Sampled By | Date | Time | | |
|---|---|---|---|---|
| Received By | Date | Time | Shipped By | Shipping Reference |
| Relinquished to IAL By (Signature) | Date | Time | Received at IAL By | Date | Time |