# EXHIBIT 12



225 Broadway, Suite 2100, San Diego, CA 92101

Tel:  619.382.3400    Fax: 619.615.2193

www.glicklawgroup.com

July 27, 2022

***Via Certified Mail***

B&G Foods North America, Inc.
C/O Erin Upchurch
1325 J St. STE 1550
Sacramento, CA 95814

Amazon
Attn. Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon
CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, STE 150 N
Sacramento, CA 95833

**Re:    Amended Proposition 65 Notice of Violation**

To Whom It May Concern:

**This notice amends the original notice AG #2020-02646 dated October 8, 2020. This amendment attaches relevant laboratory testing results and analysis.**

We represent Environmental Health Advocates, Inc., an organization in the State of California acting in the interest of the general public. This letter serves as notice that the parties listed above are in violation of Proposition 65, the Safe Drinking Water and Toxic Enforcement Act, commencing with section 25249.5 of the Health and Safety Code ("Proposition 65").  In particular, the violations alleged by this notice consist of types of harm that may potentially result from exposures to the toxic chemical Acrylamide. This chemical was listed as a carcinogen on January 1, 1990 and listed as a developmental and reproductive toxin on February 25, 2011.

The specific type of product that is causing exposures in violation of Proposition 65 is detailed below:

|   | **Product Name** | **Manufacturer** | **Distributor/Retailer** | **Item Number/SKU** |
|---|---|---|---|---|
| 1. | SnackWell's Chocolate Creme Sandwich Cookies | B&G Foods, Inc. | Amazon.com, Inc. | UPC 819898019205 |

The routes of exposure for the violations include ingestion by consumers.  These exposures occur through the reasonably foreseeable use of the product. The sales of this product have been occurring since at least May 2020, are continuing to this day and will continue to occur as long as the product subject to this notice is sold to and used by consumers.

July 26, 2022
**Notice of Proposition 65 Violation**
Page 2

_____

Proposition 65 requires that a clear and reasonable warning is provided with these products regarding the exposures to Acrylamide caused by ordinary use of the product. The Parties are in violation of Proposition 65 by failing to provide such warning to consumers and as a result of the sales of this product, exposures to Acrylamide have been occurring without proper warnings.

Pursuant to Proposition 65, notice and intent to sue shall be provided to violators 60-days before filing a complaint. This letter provides notice of the alleged violation to the parties listed above and the appropriate governmental authorities. A summary of Proposition 65 is attached.

EHA identifies Fred Duran as a responsible individual within the entity.

If you have any questions or wish to discuss any of the above, please contact me.

Sincerely,

Noam Glick

Noam Glick
Glick Law Group
225 Broadway, Suite 2100, San Diego, CA 92101
Tel: 619.382.3400
email:  noam@glicklawgroup.com

June 24, 2020

Dear Mr. Glick,

This letter is in response to your request for my opinion on the potential for human overexposure to acrylamide based on the amount measured in a food product purchased in the State of California. The product in question is SnackWell's Chocolate Creme Sandwich Cookies. After purchase, the product was sent to Medallion Labs in Minneapolis, MN. Medallion is a commercial laboratory that holds accreditation by multiple accrediting bodies; for this analysis they measured acrylamide in foods via liquid chromatography-tandem mass spectrometry (LC-MS/MS).[1]  As part of this method the laboratory analysis included steps to assess and maintain quality control of the method (sample chain of custody, method blanks, spiked standards, recovery tests, etc.). **The analyzing laboratory reported high concentrations of acrylamide which appears on the California Prop 65 list of chemicals known by the State of California to be carcinogenic. The acrylamide content of the product was 616 parts per billion (ppb), equal to 616 microgram per kilogram of food (µg/kg) or 0.616 microgram per gram of food (µg/g).**

Acrylamide is a carcinogen than can form as reducing sugars react with free asparagine when carbohydrate-rich foods are processed at high temperatures (such as cooking, frying, roasting, and baking), primarily through what is known as the Maillard reaction.[2-4]  Direct ingestion is the primary route of exposure to acrylamide from food products. It is my opinion that consumption of this particular food product could result in exposure well above the No Significant Risk Level (NSRL) for carcinogens set by the state of California, which for acrylamide is set at 0.2 µg per day. *Since this product contains 0.616 µg/g acrylamide, the NSRL would be exceeded when consuming just 0.32 grams (0.01 ounces) of the product. The serving size listed for the product is 48 grams. Thus, one would ingest 29.6 µg of acrylamide when consuming a single serving of the product, which is more than 145 times greater than the NSRL.*

In conclusion, given the amount of acrylamide measured in the product and typical serving sizes, exposures in excess of the NSRL are likely to occur. Please let me know if you have further questions.

Sincerely,

John Meeker, MS, ScD, CIH

References

1. Roach JA, Andrzejewski D, Gay ML, Nortrup D, Musser SM. Rugged LC-MS/MS survey analysis for acrylamide in foods. J Agric Food Chem, 2003; 51(26):7547-7554.

2. Arvanitoyannis JS, Dionisopoulou N. Acrylamide: formation, occurrence, in food products, detection methods, and legislation. Crit Rev Food Sci Nutr, 2014; 54(6):708-733.

3. Pedreschi F, Mariotti MS, Granby K. Current issues in dietary acrylamide: formation, mitigation and risk assessment. J Sci Food Agric, 2014; 94(1):9-20.

4. Xu Y, Cui B, Ran R, Liu Y, Chen H, Kai G, Shi J. Risk assessment, formation, and mitigation of dietary acrylamide: current status and future prospects. Food Chem Toxicol, 2014; 69:1-12.

# Medallion Labs

www.medallionlabs.com  800-245-5615  info@medlabs.com

| | | | |
|---|---|---|---|
| **Order Number:** | **2020-004655** | **Completed Date:** | 23-Jun-2020 |
| | | **Submitted Date:** | 01-Jun-2020 |
| **Submitter:** | Anissa Elhaiesahar | | |
| **Company:** | Environmental Health Advocates | | |
| **Company Address:** | 225 Broadway STE 2100 | | |
| | San Diego, CA 92101 | | |
| **Results Email:** | anissa@glicklawgroup.com | | |
| **Invoice Email:** | sara@glicklawgroup.com | | |
| **Purchase Order:** | Elhaiesahar01 | | |

Medallion Labs maintains A2LA accreditation to ISO/IEC 17025 for the specific tests listed in certificates # 2769.01 and 2769.02.
Medallion Labs' services, including this report, are provided subject to all provisions of Medallion's Standard Terms and Conditions, a copy of which appears at www.medallionlabs.com. Unless otherwise noted above, samples were received in acceptable condition and analyzed as received.

# Medallion Labs

www.medallionlabs.com  800-245-5615  info@medlabs.com

| | | | |
|---|---|---|---|
| **Order # Sample ID:** | 2020-004655-01 | **Company:** | Environmental Health Advocates |
| **Customer Sample ID:** | 1) SW Chocolate Creme Sandwich | | Environmental Health Advocates Inc. |
| **Sample Description:** | 1) SW Chocolate Creme Sandwich Cookies | | |

**Analytical Testing**

| **Method:** | **Component:** | **Result:** | **Test Date:** |
|---|---|---|---|
| ² Acrylamide | Acrylamide | 616 ppb | 23-Jun-2020 |

| | |
|---|---|
| **Results Approved By:** | Alyssa Ofsthun |
| | (Authorized Reviewer) |

---

Medallion Labs maintains A2LA accreditation to ISO/IEC 17025 for the specific tests listed in certificates # 2769.01 and 2769.02.

Medallion Labs' services, including this report, are provided subject to all provisions of Medallion's Standard Terms and Conditions, a copy of which appears at www.medallionlabs.com. Unless otherwise noted above, samples were received in acceptable condition and analyzed as received.

² This test is not considered in-scope of our current A2LA accreditation.  For a listing of in-scope tests, please visit www.medallionlabs.com.

# Medallion Labs

www.medallionlabs.com  800-245-5615  info@medlabs.com

---

**Analytical Method References:**

| Method Name | Method Reference |
| --- | --- |
| Acrylamide | Please contact for Method Details |

---

Medallion Labs maintains A2LA accreditation to ISO/IEC 17025 for the specific tests listed in certificates # 2769.01 and 2769.02.
Medallion Labs' services, including this report, are provided subject to all provisions of Medallion's Standard Terms and Conditions, a copy of which appears at www.medallionlabs.com. Unless otherwise noted above, samples were received in acceptable condition and analyzed as received.

[2] This test is not considered in-scope of our current A2LA accreditation.  For a listing of in-scope tests, please visit www.medallionlabs.com.

# CERTIFICATE OF MERIT

I, Jake Schulte, hereby declare:

1. This Certificate of Merit accompanies the attached sixty-day notice in which it is alleged the parties identified in the notice have violated Health and Safety Code section 25249.6 by failing to provide clear and reasonable warnings.

2. I am an attorney for the noticing party.

3. I have consulted with one or more persons with relevant and appropriate experience or expertise who has reviewed facts, studies, or other data regarding the alleged exposure to the listed chemical that is the subject of the action.

4. Based on the information obtained through those consultations, and on all other information in my possession, I believe there is a reasonable and meritorious case for the private action. I understand that "reasonable and meritorious case for the private action" means that the information provides a credible basis that all elements of the plaintiffs' case can be established and the information did not prove that the alleged violator will be able to establish any of the affirmative defenses set forth in the statute.

5. The copy of this Certificate of Merit served on the Attorney General attaches to it factual information sufficient to establish the basis for this certificate, including the information identified in Health and Safety Code section 25249.7(h)(2), i.e., (1) the identity of the persons consulted with and relied on by the certifier, and (2) the facts, studies, or other data reviewed by those persons.

Dated: July 27, 2022

_____
Jake Schulte, Attorney at Law

## <u>CERTIFICATE OF SERVICE</u>

I, Jordyn Naylor, declare that I am over the age of 18 years, and am not a party to the within action.  I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 225 Broadway, 19th Floor, San Diego, California 92101.

On July 27, 2022, I served the following documents: **(1) 60-DAY NOTICE OF VIOLATION SENT IN COMPLIANCE WITH HEALTH & SAFETY CODE SECTION 25249.7(d); (2) CERTIFICATE OF MERIT; (3) PROPOSITION 65: A SUMMARY; and (4) CERTIFICATE OF MERIT ATTACHMENT (served only on the Attorney General)** on the parties listed below by placing a true and correct copy  thereof in a sealed envelope, addressed to each party and depositing it at my business address with the U.S. Postal Service for delivery by Certified Mail with the postage thereon fully prepaid:

### <u>Via Certified Mail</u>

B&G Foods North America, Inc.
C/O Erin Upchurch
1325 J St. STE 1550
Sacramento, CA 95814

Amazon
Attn. Legal Department
410 Terry Avenue North
Seattle, WA 98109-5210

Amazon
CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, STE 150 N
Sacramento, CA 95833

On July 27, 2022, I served the California Attorney General (via website Portal) by uploading a true and correct copy thereof as a PDF file via the California Attorney General's website.

On July 27, 2022 I transmitted via electronic mail the above-listed documents to the electronic mail addresses of the City and/or District Attorneys who have specifically authorized e-mail service and the authorization appears on the Attorney General's web site.

**See Attached Service List**

On July 27, 2022, I served the following persons and/or entities at the last known address by placing a true and correct copy thereof in a sealed envelope and depositing it at my business address with the U.S. Postal Service for delivery with the postage thereon fully prepaid, and addressed as follows:

**See Attached Service List**

Executed on July 27, 2022**,** at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Jordyn Naylor*

Jordyn Naylor

### Appendix A
OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT CALIFORNIA PROTECTION AGENCY
THE SAFE DRINKING WATER AND TOXIC ENFORCEMENT ACTION 1986
(PROPOSITION 65): A SUMMARY

The following summary has been prepared by the office of Environmental Health Hazard Assessment, the lead and Toxic Enforcement Act 1986 (commonly known as "Proposition 65") A copy of this summary must be included as an attachment to any notice of violation served upon an alleged violator of the Act. The summary provides basic information about the provisions of the law, and is intended to serve only as a convenient source of general information. It is not intended to provide law. The reader is directed to the statue and its implementing regulations (See citations below) for further information.

Proposition 65 appears in California law as Health and Safety Code Sections 25249.5 through 25249.13. Regulations that provide more specific guidance on compliance, and that specify procedures to be followed by the State in carrying out certain aspects of the law, are found in Title 27 of the California Code Regulations, Sections 250000 through 27000.

### WHAT DOES PROPOSITION 65 REQUIRE?

 The "Governor's List" Proposition 65 requires the Governor to publish a list of chemicals that are known to the State of California to cause cancer, or birth defects or other          reproductive harm. This list must be updated at least once a year. Over 725 chemicals have been listed as of November 16, 2001. Only those chemicals that are on the list are regulated under this law. Businesses that produce, use, release, or otherwise engage in activities involving those chemicals must comply with the following:

***Clear and Reasonable Warnings.*** A business is required to warn a person before "knowingly and intentionally" exposing that person to a listed chemical. The warning given must be "clear and reasonable." This means that the warning must: (1) clearly make known that the chemical involved is known to cause cancer or birth defects or other reproductive harm; and (2) be given in such a way that is will effectively reach the person before he or she is exposed. Exposures are exempt from the warning requirement if they occur less than twelve months after the date of the listing of the chemical.

***Prohibition from discharges into drinking water.*** A business must not knowingly discharge or release a listed chemical into water or onto land where it passes or probably will pass into a source of drinking water. Discharges are exempt from this requirement if they occur less than twenty months after the date of the listing of chemical.

### DOES PROPOSITION 65 PROVIDE ANY EXEMPTIONS?

Yes. The law exempts:

***Governmental agencies and public water utilities.*** All agencies of the federal, State or local government, as well as entities operating public water systems, are exempt.

***Exposures that pose no significant risk of cancer.*** For chemicals that are listed as known to the State to cause cancer ("carcinogens"), a warning is not required if the business can demonstrate that the exposure occurs at a level that poses "no significant risk." This means that the exposure is calculated to result in not more than one excess case of cancer in 100,000 individuals exposed over a 70- year lifetime. The Proposition 65 regulations identify specific "no significant risk" levels for more than 250 listed carcinogens.

***Exposures that will produce no observable reproductive effect at 1,000 times the level in question.*** For chemicals known to the State to cause birth defects or other reproductive harm ("reproductive toxicants"), a warning is not required if the business can demonstrate that the exposure will produce no observable effect, even at 1,000 times the level in question. In other words, the level of exposure must be below the "no observable effect level (NOEL)," divided by a 1,000- fold safety or uncertainty factor. The "no observable effect level" is the highest dose level which has not been associated with an observable adverse reproductive or developmental effect.

***Discharge that do not result in a "significant amount" of the listed chemical entering into any source of drinking water.*** The prohibition from discharges into drinking water does not apply if the discharger is able to demonstrate that a "significant amount" of the list chemical has not, does not, or will not enter any drinking water source, and that the discharge complies with all other applicable laws, regulations, permits, requirements, or orders. A "significant amount" means any

detectable amount; expect an amount that would meet the " no significant risk" or "no observable effect" test if an individual were exposed to such an amount in drinking water.

## HOW IS PROPOSITION 65 ENFORCED?

Enforcement is carried out through civil lawsuits. These lawsuits may be brought be the Attorney General, any district attorney, or certain city attorneys (those in cities with a population exceeding 750,000). Lawsuit may also be brought by private parties acting in the public interest, but only after providing notice of the alleged violation to the Attorney General, the appropriate district attorney and city attorney, and the business accused of the violation. The notice must provide adequate information to allow the recipient to assess the nature of the alleged violation. A notice must comply with the information and procedural requirements specified in regulations (Title 27. California Code of Regulations, Section 25903). A private party may not pursue an enforcement action directly under Proposition 65 if one of the governmental officials noted above initiates an action within sixty days of notice.

A business found to be in violation of Proposition 65 is subject to civil penalties of up to $2,500 per day for each violation. In addition, the business may be ordered by a court of law to stop committing the violation.

***FOR FURTHER INFORMATION....*** Contact the Office of Environmental Health Hazard Assessment=s Proposition 65 Implementation Office at (916)445-6900

Stacey Grassini, Deputy District Attorney
CONTRA COSTA COUNTY
900 Ward Street
Martinez, CA 94553
sgrassini@contracostada.org

Michelle Latimer, Program Coordinator
LASSEN COUNTY
220 S. Lassen Street
Susanville, CA 96130
mlatimer@co.lassen.ca.us

Jeannine M. Pacioni, District Attorney
MONTEREY COUNTY
1200 Aguajito Road
Monterey ,CA 93940
Prop65DA@co.monterey.ca.us

Allison Haley, District Attorney
NAPA COUNTY
1127 First Street, Suite C
Napa, CA 94559
CEPD@countyofnapa.org

Paul E. Zellerbach, District Attorney
RIVERSIDE COUNTY
3072 Orange Street
Riverside, CA 92501
Prop65@rivcoda.org

Barbara Yook, District Attorney
CALAVERAS COUNTY
891 Mountain Ranch Rd.
San Andreas, CA 95249
Prop65Env@co.calaveras.ca.us

Alethea M. Sargent, Assistant District
Attorney SAN FRANCISCO COUNTY
350 Rhode Island Street
San Francisco, CA 94103
alethea.sargent@sfgov.org

Summer Stephan, District Attorney
SAN DIEGO COUNTY
330 West Broadway
San Diego, CA 92101
SanDiegoDAProp65@sdcda.org

Mark Ankcorn, Deputy City
Attorney
CITY OF SAN DIEGO
1200 Third Avenue
San Diego, CA 92101
CityAttyCrimProp65@sandiego.gov

Valerie Lopez, Deputy City Attorney
CITY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
Valerie.Lopez@sfcityatty.org

Eric J. Dobroth, Deputy District Attorney
SAN LUIS OBISPO COUNTY
County Government Center Annex, 4th Floor
San Luis Obispo, CA 93408
edobroth@co.slo.ca.us

Bud Porter, Supervising Deputy District Attorney
SANTA CLARA COUNTY
70 W Hedding St
San Jose, CA 95110
EPU@da.sccgov.org

Stephan R. Passalacqua, District Attorney
SONOMA COUNTY
600 Administration Drive
Sonoma, CA 95403
jbarnes@sonoma-county.org

Phillip J. Cline, District Attorney
TULARE COUNTY
221 S Mooney Blvd
Visalia, CA 95370
Prop65@co.tulare.ca.us

Gregory D. Totten, District Attorney
VENTURA COUNTY
800 S Victoria Ave
Ventura, CA 93009
daspecialops@ventura.org

Jeff W. Reisig, District Attorney
YOLO COUNTY
301 Second Street
Woodland, CA 95695
cfepd@yolocounty.org

Tori Verber Salazar, District Attorney
SAN JOAQUIN COUNTY
222 E. Weber Avenue, Room 202
Stockton, CA 95202
DAConsumer.Environmental@sjcda.org

Christopher Dalbey, Deputy District Attorney
SANTA BARBARA COUNTY
1112 Santa Barbara St.
Santa Barbara, CA 93101
DAProp65@co.santa-barbara.ca.us

Nancy O'Malley, District Attorney
ALAMEDA COUNTY
7776 Oakport Street, Suite 650
Oakland, CA 94621
CEPDProp65@acgov.org

Barbara M. Yook, District Attorney
CALAVERAS COUNTY
891 Mountain Ranch Road
San Andreas CA 95249
Prop65Env@co.calaveras.ca.us

David Hollister, Attorney
PLUMAS COUNTY
520 Main St.
Quincy, CA 95971
davidhollister@countyofplumas.com

Anne Marie Schubert, District Attorney
SACRAMENTO COUNTY
901 G Street
Sacramento, CA 95814
Prop65@sacda.org

Jeffrey S. Rosell, District Attorney
SANTA CRUZ COUNTY
701 Ocean Street
Santa Cruz, CA 95060
Prop65DA@santacruzcounty.us

Kimberly Lewis, District Attorney
MERCED COUNTY
550 West Main Street
Merced, CA 95340
Prop65@countyofmerced.com

Clifford H. Newell, District Attorney
NEVADA COUNTY
201 Commercial Street
Nevada City, CA 95959
DA.Prop65@co.nevada.ca.us

Thomas L. Hardy, District Attorney
INYO COUNTY
168 North Edwards Street
Independence, CA 93526
inyoda@inyocounty.us

Walter W. Wall, District Attorney
MARIPOSA COUNTY
P.O. Box 730
Mariposa, CA 95338
mcda@mariposacounty.org

Morgan Briggs Gire, District Attorney
PLACER COUNTY
10810 Justice Center Drive
Roseville, CA 95678
prop65@placer.ca.gov

District Attorney
ORANGE COUNTY
700 Civic Center Drive West
Santa Ana, CA 92701
Prop65Notice@da.ocgov.com

# SERVICE LIST

| | | | |
|---|---|---|---|
| The Honorable Nancy O'Malley<br>Alameda County District Attorney<br>1225 Fallon Street, Room 900<br>Oakland, CA 94612 | The Honorable Stacey Montgomery<br>Lassen County District Attorney<br>220 South Lassen Street, Ste. 8<br>Susanville, CA 96130 | The Honorable Candice Hooper<br>San Benito County District Attorney<br>419 4th Street, Second Floor<br>Hollister, CA 95203 | The Honorable Gregg Cohen<br>Tehama County District Attorney<br>444 Oak Street, Room L<br>Red Bluff, CA 96080 |
| The Honorable Terese Drabec<br>Alpine County District Attorney<br>270 Laramie Street, PO BOX 248<br>Markleeville, CA 96120 | The Honorable Jackie Lacey<br>Los Angeles County District Attorney<br>211 West Temple Street, Suite 1200<br>Los Angeles, CA 90012 | The Honorable Michael Ramos<br>San Bernardino County District Attorney<br>303 West 3rd Street, 8th Floor<br>San Bernardino, CA 92415-0502 | The Honorable Eric Heryford<br>Trinity County District Attorney<br>P.O. Box 310<br>Weaverville, CA 96093 |
| The Honorable Todd Riebe<br>Amador County District Attorney<br>708 Court Street<br>Jackson, CA 95642 | The Honorable David Linn<br>Madera County District Attorney<br>209 West Yosemite Avenue<br>Madera, CA 93637 | The Honorable Bonnie Dumanis<br>San Diego County District Attorney<br>330 W. Broadway Street<br>San Diego, CA 92101 | The Honorable Tim Ward<br>Tulare County District Attorney<br>221 South Mooney Boulevard, Rm 224<br>Visalia, CA 93291-4593 |
| The Honorable Michael Ramsey<br>Butte County District Attorney<br>25 County Center Drive<br>Oroville, CA 95965 | The Honorable Edward Berberian<br>Marin County District Attorney<br>3501 Civic Center Drive, Room 130<br>San Rafael, CA 94903 | The Honorable George Gascon<br>San Francisco County District Attorney<br>850 Bryant Street, Room 322<br>San Francisco, CA 94103 | The Honorable Laura Krieg<br>Tuolumne County District Attorney<br>423 North Washington Street<br>Sonora, CA 95370 |
| The Honorable Barbara Yook<br>Calaveras County District Attorney<br>891 Mountain Ranch Road<br>San Andreas, CA 95249 | The Honorable Thomas Cooke<br>Mariposa County District Attorney<br>5101 Jones Street, P.O. Box 730<br>Mariposa, CA 95338 | The Honorable Tori Verber Salazar<br>San Joaquin County District Attorney<br>222 East Weber Avenue, Room 202<br>Stockton, CA 95201 | The Honorable Gregory Totten<br>Ventura County District Attorney<br>800 South Victoria Avenue<br>Ventura, CA 93009 |
| The Honorable John Poyner<br>Colusa County District Attorney<br>348 Fifth Street<br>Colusa, CA 95932 | The Honorable C. David Eyster<br>Mendocino County District Attorney<br>100 North State Street, P.O. Box 1000<br>Ukiah, CA 95482 | The Honorable Dan Dow<br>San Luis Obispo County District Atty<br>1035 Palm Street, 4th Floor<br>San Luis Obispo, CA 93408 | The Honorable Jeff Reisig<br>Yolo County District Attorney<br>301 Second Street<br>Woodland, CA 95695 |
| The Honorable Mark Peterson<br>Contra Costa County District Attorney<br>900 Ward Street<br>Martinez, CA 94553 | The Honorable Larry Morse II<br>Merced County District Attorney<br>550 W. Main Street<br>Merced, CA 95340 | The Honorable Stephen Wagstaffe<br>San Mateo County District Attorney<br>400 County Center, Third Floor<br>Redwood City, CA 94063 | The Honorable Patrick McGrath<br>Yuba County District Attorney<br>215 Fifth Street<br>Marysville, CA 95901 |
| The Honorable Dale Trigg<br>Del Norte County District Attorney<br>450 H Street, Room 171<br>Crescent City, CA 95531 | The Honorable Jordan Funk<br>Modoc County District Attorney<br>204 S. Court Street, Suite 202<br>Alturas, CA 96101 | The Honorable Joyce Dudley<br>Santa Barbara County District Attorney<br>1112 Santa Barbara Street<br>Santa Barbara, CA 93101 | The Honorable Mike Feuer<br>Office of the City Attorney, Los Angeles<br>800 City Hall East<br>200 North Main Street<br>Los Angeles, CA 90012 |
| The Honorable Vern Pierson<br>El Dorado County District Attorney<br>778 Pacific Street<br>Placerville, CA 95667 | The Honorable Tim Kendall<br>Mono County District Attorney<br>P.O. Box 617<br>Bridgeport, CA 93517 | The Honorable Jeffrey Rosen<br>Santa Clara County District Attorney<br>70 West Hedding Street, West Wing<br>San Jose, CA 95110 | The Honorable James Sanchez<br>Office of the City Attorney, Sacramento<br>915 I Street, 4th Floor<br>Sacramento, CA 95814 |
| The Honorable Lisa Smittcamp<br>Fresno County District Attorney<br>2220 Tulare Street, #1000<br>Fresno, CA 93721 | The Honorable Dean Flippo<br>Monterey County District Attorney<br>P.O. Box 1131<br>Salinas, CA 93902 | The Honorable Jeff Rosell<br>Santa Cruz County District Attorney<br>701 Ocean Street, Room 200<br>Santa Cruz, CA 95060 | The Honorable Jan Goldsmith<br>Office of the City Attorney, San Diego<br>1200 Third Avenue, Suite 1620<br>San Diego, CA 92101 |
| The Honorable Dwayne Stewart<br>Glenn County District Attorney<br>P.O. Box 430<br>Willows, CA 95988 | The Honorable Allison Haley<br>Napa County District Attorney<br>1127 First Street, Suite C<br>Napa, CA 94559 | The Honorable Stephen Carlton<br>Shasta County District Attorney<br>1355 West Street<br>Redding, CA 96001 | The Honorable Dennis Herrera<br>Office of the City Attorney, San Francisco<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102 |
| The Honorable Maggie Fleming<br>Humboldt County District Attorney<br>825 5th Street, Fourth Floor<br>Eureka, CA 95501 | The Honorable Clifford Newell<br>Nevada County District Attorney<br>201 Commercial Street<br>Nevada City, CA 95959 | The Honorable Lawrence Allen<br>Sierra County District Attorney<br>100 Courthouse Square<br>Downieville, CA 95936 | The Honorable Richard Doyle<br>Office of the City Attorney, San Jose<br>200 East Santa Clara Street, 16th Floor<br>San Jose, CA 95113 |
| The Honorable Gilbert Otero<br>Imperial County District Attorney<br>940 West Main Street, Suite 102<br>El Centro, CA 92243 | The Honorable Tony Rackauckas<br>Orange County District Attorney<br>401 Civic Center Drive West<br>Santa Ana, CA 92701 | The Honorable James Kirk Andrus<br>Siskiyou County District Attorney<br>P.O. Box 986<br>Yreka, CA 96097 | Office of the California Attorney General<br>Proposition 65 Enforcement Reporting<br>ATTN: Prop 65 Coordinator<br>1515 Clay Street, Suite 2000<br>Oakland, CA 94612-0550 |
| The Honorable Thomas Hardy<br>Inyo County District Attorney<br>P.O. Drawer D<br>Independence, CA 93526 | The Honorable R. Scott Owens<br>Placer County District Attorney<br>10810 Justice Center Drive, Suite 240<br>Roseville, CA 95678 | The Honorable Krishna Abrams<br>Solano County District Attorney<br>675 Texas Street, Suite 4500<br>Fairfield, CA 94533 | |
| The Honorable Lisa Green<br>Kern County District Attorney<br>1215 Truxtun Avenue<br>Bakersfield, CA 93301 | The Honorable David Hollister<br>Plumas County District Attorney<br>520 Main Street, Room 404<br>Quincy, CA 95971 | The Honorable Jill Ravitch<br>Sonoma County District Attorney<br>600 Administration Drive, Room 212J<br>Santa Rosa, CA 95403 | |
| The Honorable Keith Fagundas<br>Kings County District Attorney<br>1400 West Lacey Boulevard<br>Hanford, CA 93230 | The Honorable Michael Hestrin<br>Riverside County District Attorney<br>3960 Orange Street<br>Riverside, CA 92501 | The Honorable Birgit Fladager<br>Stanislaus County District Attorney<br>832 12th Street, Suite 300<br>Modesto, CA 95354 | |
| The Honorable Donald Anderson<br>Lake County District Attorney<br>255 North Forbes Street<br>Lakeport, CA 95453 | The Honorable Anne Marie Schubert<br>Sacramento County District Attorney<br>901 G Street<br>Sacramento CA 95814 | The Honorable Amanda Hooper<br>Sutter County District Attorney<br>463 Second Street, Suite 102<br>Yuba City CA 95991 | |



225 Broadway, Suite 2100, San Diego, CA 92101

Tel:  619.382.3400    Fax:  619.615.2193

www.glicklawgroup.com

August 17, 2022

**_Via Certified Mail_**

B&G Foods North America, Inc.
c/o Erin Upchurch
1325 J St STE 1550
Sacramento, CA 95814

Ralphs Grocery Company
c/o CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, STE 150 N
Sacramento, CA 95833

**Re:     Amended Proposition 65 Notice of Violation**

To Whom It May Concern:

**This notice amends the first amended notice AG #2019-00765 dated April 22, 2019. This amendment attaches the relevant laboratory testing results and analysis.**
    We represent Kim Embry, a citizen of the State of California acting in the interest of the general public.  This letter serves as notice that the parties listed above are in violation of Proposition 65, the Safe Drinking Water and Toxic Enforcement Act, commencing with section 25249.5 of the Health and Safety Code ("Proposition 65").  In particular, the violations alleged by this notice consist of types of harm that may potentially result from exposures to the toxic chemical Acrylamide.  This chemical was listed as a carcinogen on January 1, 1990 and listed as a developmental and reproductive toxin on February 25, 2011.
    The specific type of product that is causing exposures in violation of Proposition 65 is detailed below:

|  | **Product Name** | **Manufacturer** | **Distributor/Retailer** | **Item Number/SKU** |
|---|---|---|---|---|
| 1. | Snack Well's Devil's Food Fat Free Cookie Cakes | B&G Foods North America, Inc. | Ralphs Grocery Company | UPC: 819898019007 |

    The route of exposure for the violations is ingestion by consumers.  These exposures occur through the reasonably foreseeable use of the product. The sales of this product have been occurring since at least March 2019, are continuing to this day and will continue to occur as long as the product subject to this notice is sold to and used by consumers.

    Proposition 65 requires that a clear and reasonable warning is provided with these products regarding the exposures to Acrylamide caused by ordinary use of the product.  The Parties are in violation of Proposition 65 by failing to provide such warning to consumers and as

August 17, 2022
**Notice of Proposition 65 Violation**
Page 2
_____

a result of the sales of this product, exposures to Acrylamide have been occurring without proper warnings.

      Pursuant to Proposition 65, notice and intent to sue shall be provided to violators 60-days before filing a complaint. This letter provides notice of the alleged violation to the parties listed above and the appropriate governmental authorities. A summary of Proposition 65 is attached.

      If you have any questions or wish to discuss any of the above, please contact me.

Sincerely,

Noam Glick

Enclosures

Noam Glick
Glick Law Group
225 Broadway, Suite 2100, San Diego, CA 92101
Tel: 619.382.3400
email:  noam@glicklawgroup.com

April 12, 2019

Dear Mr. Glick,

This letter is in response to your request for my opinion on the potential for human overexposure to acrylamide based on the amount measured in a food product purchased in the State of California. The product in question is Snack Well's Devil's Food Fat Free Cookie Cakes. After purchase, the product was sent to IEH Analytical Laboratory in Seattle, WA. IEH is a commercial laboratory that holds accreditation by multiple accrediting bodies; for this analysis they used a modified version of the method developed by scientists at the U.S. Food and Drug Administration, which measures acrylamide in foods via liquid chromatography-tandem mass spectrometry (LC-MS/MS).[1]  As part of this method the laboratory analysis included steps to assess and maintain quality control of the method (sample chain of custody, method blanks, spiked standards, recovery tests, etc.). **The analyzing laboratory reported high concentrations of acrylamide which appears on the California Prop 65 list of chemicals known by the State of California to be carcinogenic. The acrylamide content of the product was 643 parts per billion (ppb), equal to 0.643 microgram per gram of food (µg/g).**

Acrylamide is a carcinogen than can form as reducing sugars react with free asparagine when carbohydrate-rich foods are processed at high temperatures (such as cooking, frying, roasting, and baking), primarily through what is known as the Maillard reaction.[2-4]  Direct ingestion is the primary route of exposure to acrylamide from food products. It is my opinion that consumption of this particular food product could result in exposure well above the No Significant Risk Level (NSRL) for carcinogens set by the state of California, which for acrylamide is set at 0.2 µg per day.  *Since this product contains 0.643 µg/g acrylamide, the NSRL would be exceeded when consuming just 0.3 grams (0.01 ounces) of the product. The serving size listed on the package is 16 grams. Thus, one would ingest 10.3 µg of acrylamide when consuming a single serving of the product, which is more than 50 times greater than the NSRL.*

In conclusion, given the amount of acrylamide measured in the product and typical serving sizes, exposures in excess of the NSRL are likely to occur. Please let me know if you have further questions.

Sincerely,

John Meeker, MS, ScD, CIH

References

1. Roach JA, Andrzejewski D, Gay ML, Nortrup D, Musser SM. Rugged LC-MS/MS survey analysis for acrylamide in foods. J Agric Food Chem, 2003; 51(26):7547-7554.

2. Arvanitoyannis JS, Dionisopoulou N. Acrylamide: formation, occurrence, in food products, detection methods, and legislation. Crit Rev Food Sci Nutr, 2014; 54(6):708-733.

3. Pedreschi F, Mariotti MS, Granby K. Current issues in dietary acrylamide: formation, mitigation and risk assessment. J Sci Food Agric, 2014; 94(1):9-20.

4. Xu Y, Cui B, Ran R, Liu Y, Chen H, Kai G, Shi J. Risk assessment, formation, and mitigation of dietary acrylamide: current status and future prospects. Food Chem Toxicol, 2014; 69:1-12.



# CERTIFICATE OF ANALYSIS

**IEH Laboratories & Consulting Group**

**Nicholas & Tomasevic, LLP**
Contact:Lindsay Beatty
225 Broadway, Suite 1900
San Diego, CA 92101
Phone:619-325-0492

IEH Analytical Laboratories
3927 Aurora Avenue North
Seattle, WA 98103
Phone:(206) 632-2715 Fax:(206) 632-2417
www.iehinc.com

TRADE SECRET / CONFIDENTIAL COMMERCIAL INFORMATION

WO: 1705360     **Samples Received: 4/1/2019     Report Date: 4/4/2019     Report No: IAL-5532**

| Lab Sample ID | Client Sample ID | Matrix | Acrylamide (ppb) |
|---|---|---|---|
| 1705360-16301 | 8 | SW's FF Cookie Cakes | 643 |

Test Method: Acrylamide = Acrylamide by LC-MS/MS; Method Reference: J. Agric. Food Chem. 54.19 (2006): 7001-7008; Reporting Limit = 10 ppb

UNLESS OTHERWISE NOTED, ALL SAMPLES WERE RECEIVED IN ACCEPTABLE CONDITION. THE RESULT(S) IN THIS REPORT RELATE ONLY TO THE PORTION OF THE SAMPLE(S) TESTED. THIS REPORT DOES NOT CONSTITUTE A RELEASE OF PRODUCT FOR CONSUMPTION. THIS REPORT SHALL NOT BE REPRODUCED EXCEPT IN FULL, WITHOUT WRITTEN APPROVAL OF THE LABORATORY. THIS DOCUMENT CONTAINS CONFIDENTIAL COMMERCIAL INFORMATION PURSUANT TO 5 U.S.C. SEC. 552(b)(4).

**Authorized Analyst: Zach Gottschalk**

Thursday, Apr 4 2019 15:42:58          Page 1 Of 1

**<u>CERTIFICATE OF MERIT</u>**

I, Noam Glick, hereby declare:

1. This Certificate of Merit accompanies the attached sixty-day notice in which it is alleged the parties identified in the notice have violated Health and Safety Code section 25249.6 by failing to provide clear and reasonable warnings.

2. I am an attorney for the noticing party.

3. I have consulted with one or more persons with relevant and appropriate experience or expertise who has reviewed facts, studies, or other data regarding the alleged exposure to the listed chemical that is the subject of the action.

4. Based on the information obtained through those consultations, and on all other information in my possession, I believe there is a reasonable and meritorious case for the private action. I understand that "reasonable and meritorious case for the private action" means that the information provides a credible basis that all elements of the plaintiffs' case can be established and the information did not prove that the alleged violator will be able to establish any of the affirmative defenses set forth in the statute.

5. The copy of this Certificate of Merit served on the Attorney General attaches to it factual information sufficient to establish the basis for this certificate, including the information identified in Health and Safety Code section 25249.7(h)(2), i.e., (1) the identity of the persons consulted with and relied on by the certifier, and (2) the facts, studies, or other data reviewed by those persons.

Dated: August 17, 2022

_____
Noam Glick, Attorney at Law

## <u>CERTIFICATE OF SERVICE</u>

I, Jordyn Naylor, declare that I am over the age of 18 years, and am not a party to the within action.  I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 225 Broadway, 19th Floor, San Diego, California 92101.

On August 17, 2022 I served the following documents: **(1) 60-DAY NOTICE OF VIOLATION SENT IN COMPLIANCE WITH HEALTH & SAFETY CODE SECTION 25249.7(d); (2) CERTIFICATE OF MERIT; (3) PROPOSITION 65: A SUMMARY; and (4) CERTIFICATE OF MERIT ATTACHMENT (served only on the Attorney General)** on the parties listed below by placing a true and correct copy  thereof in a sealed envelope, addressed to each party and depositing it at my business address with the U.S. Postal Service for delivery by Certified Mail with the postage thereon fully prepaid:

### <u>Via Certified Mail</u>

| | |
|---|---|
| B&G Foods North America, Inc. | Ralphs Grocery Company |
| c/o Erin Upchurch | c /o CSC - Lawyers Incorporating Service |
| 1325 J St STE 1550 | 2710 Gateway Oaks Drive, STE 150 N |
| Sacramento, CA 95814 | Sacramento, CA 95833 |

On August 17, 2022, I served the California Attorney General (via website Portal) by uploading a true and correct copy thereof as a PDF file via the California Attorney General's website.

On August 17, 2022 I transmitted via electronic mail the above-listed documents to the electronic mail addresses of the City and/or District Attorneys who have specifically authorized e-mail service and the authorization appears on the Attorney General's web site.

**See Attached Service List**

On August 17, 2022, I served the following persons and/or entities at the last known address by placing a true and correct copy thereof in a sealed envelope and depositing it at my business address with the U.S. Postal Service for delivery with the postage thereon fully prepaid, and addressed as follows:

**See Attached Service List**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 17, 2022**,** at San Diego, California.

*Jordyn Naylor*
Jordyn Naylor

**Appendix A**

OFFICE OF ENVIRONMENTAL HEALTH HAZARD ASSESSMENT CALIFORNIA PROTECTION AGENCY
THE SAFE DRINKING WATER AND TOXIC ENFORCEMENT ACTION 1986
(PROPOSITION 65): A SUMMARY

The following summary has been prepared by the office of Environmental Health Hazard Assessment, the lead and Toxic Enforcement Act 1986 (commonly known as "Proposition 65") A copy of this summary must be included as an attachment to any notice of violation served upon an alleged violator of the Act. The summary provides basic information about the provisions of the law, and is intended to serve only as a convenient source of general information. It is not intended to provide law. The reader is directed to the statue and its implementing regulations (See citations below) for further information.

Proposition 65 appears in California law as Health and Safety Code Sections 25249.5 through 25249.13. Regulations that provide more specific guidance on compliance, and that specify procedures to be followed by the State in carrying out certain aspects of the law, are found in Title 27 of the California Code Regulations, Sections 250000 through 27000.

**WHAT DOES PROPOSITION 65 REQUIRE?**

*The "Governor's List"* Proposition 65 requires the Governor to publish a list of chemicals that are known to the State of California to cause cancer, or birth defects or other       reproductive harm. This list must be updated at least once a year. Over 725 chemicals have been listed as of November 16, 2001. Only those chemicals that are on the list are regulated under this law. Businesses that produce, use, release, or otherwise engage in activities involving those chemicals must comply with the following:

***Clear and Reasonable Warnings.*** A business is required to warn a person before "knowingly and intentionally" exposing that person to a listed chemical. The warning given must be "clear and reasonable." This means that the warning must: (1) clearly make known that the chemical involved is known to cause cancer or birth defects or other reproductive harm; and (2) be given in such a way that is will effectively reach the person before he or she is exposed. Exposures are exempt from the warning requirement if they occur less than twelve months after the date of the listing of the chemical.

***Prohibition from discharges into drinking water.*** A business must not knowingly discharge or release a listed chemical into water or onto land where it passes or probably will pass into a source of drinking water. Discharges are exempt from this requirement if they occur less than twenty months after the date of the listing of chemical.

**DOES PROPOSITION 65 PROVIDE ANY EXEMPTIONS?**

Yes. The law exempts:

***Governmental agencies and public water utilities.*** All agencies of the federal, State or local government, as well as entities operating public water systems, are exempt.

***Exposures that pose no significant risk of cancer.*** For chemicals that are listed as known to the State to cause cancer ("carcinogens"), a warning is not required if the business can demonstrate that the exposure occurs at a level that poses "no significant risk." This means that the exposure is calculated to result in not more than one excess case of cancer in 100,000 individuals exposed over a 70- year lifetime. The Proposition 65 regulations identify specific "no significant risk" levels for more than 250 listed carcinogens.

***Exposures that will produce no observable reproductive effect at 1,000 times the level in question.*** For chemicals known to the State to cause birth defects or other reproductive harm ("reproductive toxicants"), a warning is not required if the business can demonstrate that the exposure will produce no observable effect, even at 1,000 times the level in question. In other words, the level of exposure must be below the "no observable effect level (NOEL)," divided by a 1,000- fold safety or uncertainty factor. The "no observable effect level" is the highest dose level which has not been associated with an observable adverse reproductive or developmental effect.

***Discharge that do not result in a "significant amount" of the listed chemical entering into any source of drinking water.*** The prohibition from discharges into drinking water does not apply if the discharger is able to demonstrate that a "significant amount" of the list chemical has not, does not, or will not enter any drinking water source, and that the discharge complies with all other applicable laws, regulations, permits, requirements, or orders. A "significant amount" means any

detectable amount; expect an amount that would meet the " no significant risk" or "no observable effect" test if an individual were exposed to such an amount in drinking water.

**HOW IS PROPOSITION 65 ENFORCED?**

Enforcement is carried out through civil lawsuits. These lawsuits may be brought be the Attorney General, any district attorney, or certain city attorneys (those in cities with a population exceeding 750,000). Lawsuit may also be brought by private parties acting in the public interest, but only after providing notice of the alleged violation to the Attorney General, the appropriate district attorney and city attorney, and the business accused of the violation. The notice must provide adequate information to allow the recipient to assess the nature of the alleged violation. A notice must comply with the information and procedural requirements specified in regulations (Title 27. California Code of Regulations, Section 25903). A private party may not pursue an enforcement action directly under Proposition 65 if one of the governmental officials noted above initiates an action within sixty days of notice.

A business found to be in violation of Proposition 65 is subject to civil penalties of up to $2,500 per day for each violation. In addition, the business may be ordered by a court of law to stop committing the violation.

***FOR FURTHER INFORMATION....***
Contact the Office of Environmental Health Hazard Assessment=s Proposition 65 Implementation Office at (916)445-6900

Stacey Grassini, Deputy District Attorney
CONTRA COSTA COUNTY
900 Ward Street
Martinez, CA 94553
sgrassini@contracostada.org

Michelle Latimer, Program Coordinator
LASSEN COUNTY
220 S. Lassen Street
Susanville, CA 96130
mlatimer@co.lassen.ca.us

Jeannine M. Pacioni, District Attorney
MONTEREY COUNTY
1200 Aguajito Road
Monterey ,CA 93940
Prop65DA@co.monterey.ca.us

Allison Haley, District Attorney
NAPA COUNTY
1127 First Street, Suite C
Napa, CA 94559
CEPD@countyofnapa.org

Paul E. Zellerbach, District Attorney
RIVERSIDE COUNTY
3072 Orange Street
Riverside, CA 92501
Prop65@rivcoda.org

Barbara Yook, District Attorney
CALAVERAS COUNTY
891 Mountain Ranch Rd.
San Andreas, CA 95249
Prop65Env@co.calaveras.ca.us

Alethea M. Sargent, Assistant District
Attorney SAN FRANCISCO COUNTY
350 Rhode Island Street
San Francisco, CA 94103
alethea.sargent@sfgov.org

Summer Stephan, District Attorney
SAN DIEGO COUNTY
330 West Broadway
San Diego, CA 92101
SanDiegoDAProp65@sdcda.org

Mark Ankcorn, Deputy City
Attorney
CITY OF SAN DIEGO
1200 Third Avenue
San Diego, CA 92101
CityAttyCrimProp65@sandiego.gov

Valerie Lopez, Deputy City Attorney
CITY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
Valerie.Lopez@sfcityatty.org

Eric J. Dobroth, Deputy District Attorney
SAN LUIS OBISPO COUNTY
County Government Center Annex, 4th Floor
San Luis Obispo, CA 93408
edobroth@co.slo.ca.us

Bud Porter, Supervising Deputy District Attorney
SANTA CLARA COUNTY
70 W Hedding St
San Jose, CA 95110
EPU@da.sccgov.org

Stephan R. Passalacqua, District Attorney
SONOMA COUNTY
600 Administration Drive
Sonoma, CA 95403
jbarnes@sonoma-county.org

Phillip J. Cline, District Attorney
TULARE COUNTY
221 S Mooney Blvd
Visalia, CA 95370
Prop65@co.tulare.ca.us

Gregory D. Totten, District Attorney
VENTURA COUNTY
800 S Victoria Ave
Ventura, CA 93009
daspecialops@ventura.org

Jeff W. Reisig, District Attorney
YOLO COUNTY
301 Second Street
Woodland, CA 95695
cfepd@yolocounty.org

Tori Verber Salazar, District Attorney
SAN JOAQUIN COUNTY
222 E. Weber Avenue, Room 202
Stockton, CA 95202
DAConsumer.Environmental@sjcda.org

Christopher Dalbey, Deputy District Attorney
SANTA BARBARA COUNTY
1112 Santa Barbara St.
Santa Barbara, CA 93101
DAProp65@co.santa-barbara.ca.us

Nancy O'Malley, District Attorney
ALAMEDA COUNTY
7776 Oakport Street, Suite 650
Oakland, CA 94621
CEPDProp65@acgov.org

Barbara M. Yook, District Attorney
CALAVERAS COUNTY
891 Mountain Ranch Road
San Andreas CA 95249
Prop65Env@co.calaveras.ca.us

David Hollister, District Attorney
PLUMAS COUNTY
520 Main St.
Quincy, CA 95971
davidhollister@countyofplumas.com

Anne Marie Schubert, District Attorney
SACRAMENTO COUNTY
901 G Street
Sacramento, CA 95814
Prop65@sacda.org

Jeffrey S. Rosell, District Attorney
SANTA CRUZ COUNTY
701 Ocean Street
Santa Cruz, CA 95060
Prop65DA@santacruzcounty.us

Kimberly Lewis, District Attorney
MERCED COUNTY
550 West Main Street
Merced, CA 95340
Prop65@countyofmerced.com

Clifford H. Newell, District Attorney
NEVADA COUNTY
201 Commercial Street
Nevada City, CA 95959
DA.Prop65@co.nevada.ca.us

Thomas L. Hardy, District Attorney
INYO COUNTY
168 North Edwards Street
Independence, CA 93526
inyoda@inyocounty.us

Walter W. Wall, District Attorney
MARIPOSA COUNTY
P.O. Box 730
Mariposa, CA 95338
mcda@mariposacounty.org

Morgan Briggs Gire, District Attorney
PLACER COUNTY
10810 Justice Center Drive
Roseville, CA 95678
prop65@placer.ca.gov

District Attorney
ORANGE COUNTY
700 Civic Center Drive West
Santa Ana, CA 92701
Prop65Notice@da.ocgov.com

# SERVICE LIST

| | | | |
|---|---|---|---|
| The Honorable Nancy O'Malley<br>Alameda County District Attorney<br>1225 Fallon Street, Room 900<br>Oakland, CA 94612 | The Honorable Stacey Montgomery<br>Lassen County District Attorney<br>220 South Lassen Street, Ste. 8<br>Susanville, CA 96130 | The Honorable Candice Hooper<br>San Benito County District Attorney<br>419 4th Street, Second Floor<br>Hollister, CA 95203 | The Honorable Gregg Cohen<br>Tehama County District Attorney<br>444 Oak Street, Room L<br>Red Bluff, CA 96080 |
| The Honorable Terese Drabec<br>Alpine County District Attorney<br>270 Laramie Street, PO BOX 248<br>Markleeville, CA 96120 | The Honorable Jackie Lacey<br>Los Angeles County District Attorney<br>211 West Temple Street, Suite 1200<br>Los Angeles, CA 90012 | The Honorable Michael Ramos<br>San Bernardino County District Attorney<br>303 West 3rd Street, 6th Floor<br>San Bernardino, CA 92415-0502 | The Honorable Eric Heryford<br>Trinity County District Attorney<br>P.O. Box 310<br>Weaverville, CA 96093 |
| The Honorable Todd Riebe<br>Amador County District Attorney<br>708 Court Street<br>Jackson, CA 95642 | The Honorable David Linn<br>Madera County District Attorney<br>209 West Yosemite Avenue<br>Madera, CA 93637 | The Honorable Bonnie Dumanis<br>San Diego County District Attorney<br>330 W. Broadway Street<br>San Diego, CA 92101 | The Honorable Tim Ward<br>Tulare County District Attorney<br>221 South Mooney Boulevard, Rm 224<br>Visalia, CA 93291-4593 |
| The Honorable Michael Ramsey<br>Butte County District Attorney<br>25 County Center Drive<br>Oroville, CA 95965 | The Honorable Edward Berberian<br>Marin County District Attorney<br>3501 Civic Center Drive, Room 130<br>San Rafael, CA 94903 | The Honorable George Gascon<br>San Francisco County District Attorney<br>850 Bryant Street, Room 322<br>San Francisco, CA 94103 | The Honorable Laura Krieg<br>Tuolumne County District Attorney<br>423 North Washington Street<br>Sonora, CA 95370 |
| The Honorable Barbara Yook<br>Calaveras County District Attorney<br>891 Mountain Ranch Road<br>San Andreas, CA 95249 | The Honorable Thomas Cooke<br>Mariposa County District Attorney<br>5101 Jones Street, P.O. Box 730<br>Mariposa, CA 95338 | The Honorable Tori Verber Salazar<br>San Joaquin County District Attorney<br>222 East Weber Avenue, Room 202<br>Stockton, CA 95201 | The Honorable Gregory Totten<br>Ventura County District Attorney<br>800 South Victoria Avenue<br>Ventura, CA 93009 |
| The Honorable John Poyner<br>Colusa County District Attorney<br>346 Fifth Street<br>Colusa, CA 95932 | The Honorable C. David Eyster<br>Mendocino County District Attorney<br>100 North State Street, P.O. Box 1000<br>Ukiah, CA 95482 | The Honorable Dan Dow<br>San Luis Obispo County District Atty<br>1035 Palm Street, 4th Floor<br>San Luis Obispo, CA 93408 | The Honorable Jeff Reisig<br>Yolo County District Attorney<br>301 Second Street<br>Woodland, CA 95695 |
| The Honorable Mark Peterson<br>Contra Costa County District Attorney<br>900 Ward Street<br>Martinez, CA 94553 | The Honorable Larry Morse II<br>Merced County District Attorney<br>550 W. Main Street<br>Merced, CA 95340 | The Honorable Stephen Wagstaffe<br>San Mateo County District Attorney<br>400 County Center, Third Floor<br>Redwood City, CA 94063 | The Honorable Patrick McGrath<br>Yuba County District Attorney<br>215 Fifth Street<br>Marysville, CA 95901 |
| The Honorable Dale Trigg<br>Del Norte County District Attorney<br>450 H Street, Room 171<br>Crescent City, CA 95531 | The Honorable Jordan Funk<br>Modoc County District Attorney<br>204 S. Court Street, Suite 202<br>Alturas, CA 96101 | The Honorable Joyce Dudley<br>Santa Barbara County District Attorney<br>1112 Santa Barbara Street<br>Santa Barbara, CA 93101 | The Honorable Mike Feuer<br>Office of the City Attorney, Los Angeles<br>800 City Hall East<br>200 North Main Street<br>Los Angeles, CA 90012 |
| The Honorable Vern Pierson<br>El Dorado County District Attorney<br>778 Pacific Street<br>Placerville, CA 95667 | The Honorable Tim Kandall<br>Mono County District Attorney<br>P.O. Box 617<br>Bridgeport, CA 93517 | The Honorable Jeffrey Rosen<br>Santa Clara County District Attorney<br>70 West Hedding Street, West Wing<br>San Jose, CA 95110 | The Honorable James Sanchez<br>Office of the City Attorney, Sacramento<br>915 I Street, 4th Floor<br>Sacramento, CA 95814 |
| The Honorable Lisa Smittcamp<br>Fresno County District Attorney<br>2220 Tulare Street, #1000<br>Fresno, CA 93721 | The Honorable Dean Flippo<br>Monterey County District Attorney<br>P.O. Box 1131<br>Salinas, CA 93902 | The Honorable Jeff Rosell<br>Santa Cruz County District Attorney<br>701 Ocean Street, Room 200<br>Santa Cruz, CA 95060 | The Honorable Jan Goldsmith<br>Office of the City Attorney, San Diego<br>1200 Third Avenue, Suite 1620<br>San Diego, CA 92101 |
| The Honorable Dwayne Stewart<br>Glenn County District Attorney<br>P.O. Box 430<br>Willows, CA 95988 | The Honorable Allison Haley<br>Napa County District Attorney<br>1127 First Street, Suite C<br>Napa, CA 94559 | The Honorable Stephen Carlton<br>Shasta County District Attorney<br>1355 West Street<br>Redding, CA 96001 | The Honorable Dennis Herrera<br>Office of the City Attorney, San Francisco<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, CA 94102 |
| The Honorable Maggie Fleming<br>Humboldt County District Attorney<br>825 5th Street, Fourth Floor<br>Eureka, CA 95501 | The Honorable Clifford Newell<br>Nevada County District Attorney<br>201 Commercial Street<br>Nevada City, CA 95959 | The Honorable Lawrence Allen<br>Sierra County District Attorney<br>100 Courthouse Square<br>Downieville, CA 95936 | The Honorable Richard Doyle<br>Office of the City Attorney, San Jose<br>200 East Santa Clara Street, 16th Floor<br>San Jose, CA 95113 |
| The Honorable Gilbert Otero<br>Imperial County District Attorney<br>940 West Main Street, Suite 102<br>El Centro, CA 92243 | The Honorable Tony Rackauckas<br>Orange County District Attorney<br>401 Civic Center Drive West<br>Santa Ana, CA 92701 | The Honorable James Kirk Andrus<br>Siskiyou County District Attorney<br>P.O. Box 986<br>Yreka, CA 96097 | Office of the California Attorney General<br>Proposition 65 Enforcement Reporting<br>ATTN: Prop 65 Coordinator<br>1515 Clay Street, Suite 2000<br>Oakland, CA 94612-0550 |
| The Honorable Thomas Hardy<br>Inyo County District Attorney<br>P.O. Drawer D<br>Independence, CA 93526 | The Honorable R. Scott Owens<br>Placer County District Attorney<br>10810 Justice Center Drive, Suite 240<br>Roseville, CA 95678 | The Honorable Krishna Abrams<br>Solano County District Attorney<br>675 Texas Street, Suite 4500<br>Fairfield, CA 94533 | |
| The Honorable Lisa Green<br>Kern County District Attorney<br>1215 Truxtun Avenue<br>Bakersfield, CA 93301 | The Honorable David Hollister<br>Plumas County District Attorney<br>520 Main Street, Room 404<br>Quincy, CA 95971 | The Honorable Jill Ravitch<br>Sonoma County District Attorney<br>600 Administration Drive, Room 212J<br>Santa Rosa, CA 95403 | |
| The Honorable Keith Fagundes<br>Kings County District Attorney<br>1400 West Lacey Boulevard<br>Hanford, CA 93230 | The Honorable Michael Hestrin<br>Riverside County District Attorney<br>3960 Orange Street<br>Riverside, CA 92501 | The Honorable Birgit Fladager<br>Stanislaus County District Attorney<br>832 12th Street, Suite 300<br>Modesto, CA 95354 | |
| The Honorable Donald Anderson<br>Lake County District Attorney<br>255 North Forbes Street<br>Lakeport CA 95453 | The Honorable Anne Marie Schubert<br>Sacramento County District Attorney<br>901 G Street<br>Sacramento, CA 95814 | The Honorable Amanda Hopper<br>Sutter County District Attorney<br>463 Second Street, Suite 102<br>Yuba City, CA 95991 | |