# EXHIBIT 16

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

--oOo--

ENVIRONMENTAL WORLD WATCH, )
INC., in the public interest, )
)
        Plaintiff, )
)
vs. ) No. BC 337618
)   (Lead Case)
)
THE PROCTER & GAMBLE )
DISTRIBUTING COMPANY et al., )
)
        Defendants. )
_____)
) No. BC 280980
AND RELATED ACTIONS. ) No. BC 338956
_____)

**CERTIFIED COPY**

VIDEOTAPED DEPOSITION OF

MARTHA SANDY, Ph.D.

Wednesday, May 2, 2007

Volume II   (Pages 167 - 224)

REPORTED BY: CYNTHIA A. PACINI, CSR #6117, RMR, CRR

(01-395147)

```
 1                     I N D E X
 2              INDEX OF EXAMINATIONS
 3                                                    Page
 4    EXAMINATION BY MR. HAINLINE (Resumed).........   172
 5    EXAMINATION BY MR. WEIL ......................   213
 6    EXAMINATION BY MR. METZGER ...................   218
 7
 8           EXHIBITS MARKED FOR IDENTIFICATION
 9    No.              Description                    Page
10
11                  (No Exhibits Marked.)
```

168

```
 1                    --oOo--
 2          Videotaped deposition of MARTHA SANDY,
 3   Ph.D. taken by the Defendants at the Office of the
 4   Attorney General, 1515 Clay Street, Oakland,
 5   California, commencing at 9:13 a.m. on Wednesday,
 6   May 2, 2007, before me, Cynthia A. Pacini, a
 7   Certified Shorthand Reporter, Registered Merit
 8   Reporter and Certified Realtime Reporter, pursuant
 9   to Notice and Subpoena.
10                    --oOo--
11              A P P E A R A N C E S
12   FOR THE OFFICE OF ENVIRONMENTAL HEALTH HAZARD
     ASSESSMENT:
13
             STATE OF CALIFORNIA
14           DEPARTMENT OF JUSTICE
             OFFICE OF THE ATTORNEY GENERAL
15           1515 Clay Street
             P.O. Box 70550
16           Oakland, California 94612-0550
             (510) 622-2149
17           By:  EDWARD G. WEIL,
                  Deputy Attorney General
18
                  LAURA J. ZUCKERMAN,
19                Deputy Attorney General
20
             OFFICE OF ENVIRONMENTAL HEALTH HAZARD
21           ASSESSMENT LEGAL OFFICE
             1001 I Street
22           P.O. Box 4010
             Sacramento, California 95812
23           (916) 322-0493
             By:  CAROL J. MONAHAN-CUMMINGS,
24                Chief Counsel
25
```

169

```
 1              A P P E A R A N C E S  (Continued)
 2   FOR THE PLAINTIFF COUNCIL FOR EDUCATION AND RESEARCH
     ON TOXICS:
 3
             METZGER LAW GROUP
 4           401 East Ocean Boulevard, Suite 800
             Los Angeles, California 90802
 5           (213) 892-5005
             By:  RAPHAEL METZGER, Attorney at Law
 6                (Present via telephone)
 7   FOR THE DEFENDANT McDONALD'S CORPORATION:
 8           GOODWIN PROCTER, LLP
             101 California Street
 9           San Francisco, California 94111
             (415) 733-6000
10           By:  FORREST A. HAINLINE, III,
                  Attorney at Law
11
12   FOR THE DEFENDANT McDONALD'S CORPORATION:
13           SONNENSCHEIN, NATH & ROSENTHAL, LLP
             601 South Figueroa Street, Suite 1500
14           Los Angeles, California 90017
             (213) 892-5005
15           By:  GARY M. ROBERTS, Attorney at Law
16   FOR THE DEFENDANT KETTLE FOODS, INC.:
17           BARG, COFFIN, LEWIS & TRAPP, LLP
             One Market, Steuart Tower, Suite 2700
18           San Francisco, California 94105-1475
             (415) 228-5400
19           By:  BRETT S. HENRIKSON, Attorney at Law
20   FOR THE DEFENDANT PROCTER & GAMBLE MANUFACTURING
     COMPANY and THE PROCTER & GAMBLE DISTRIBUTING
21   COMPANY:
22           ORRICK, HERRINGTON & SUTCLIFFE, LLP
             400 Capitol Mall, Suite 3000
23           Sacramento, California 95814-4497
             (916) 329-4981
24           By:  JOHN M. MURRAY, Attorney at Law
25
```

```
 1              A P P E A R A N C E S  (Continued)
 2    FOR THE DEFENDANT FRITO-LAY, INC.
 3              BINGHAM McCUTCHEN, LLP
                Three Embarcadero Center
 4              San Francisco, California 94111-4067
                (415) 393-2520
 5              By:  TODD O. EDMISTER, Attorney at Law
 6
 7    FOR THE DEFENDANT BURGER KING CORPORATION, H.J.
      HEINZ COMPANY; LANCE, INC.; WENDY'S INTERNATIONAL,
 8    INC.:
 9              MORRISON & FOERSTER, LLP
                425 Market Street
10              San Francisco, California 94105-2482
                (415) 268-7339
11              By:  BROOKS M. BEARD, Attorney at Law
                     ROBIN STAFFORD, of Counsel
12
13
14    Also Present:  TED HOPPE - Videographer
15                        --oOo--
16
17
09:00:56   18
09:02:56   19
09:02:56   20
09:02:56   21
09:02:56   22
09:02:56   23
09:02:56   24
09:02:56   25
```

171

Merrill Legal Solutions
(800) 869-9132

5

| | | |
|---|---|---|
| 09:16:59 | 1 | The National Toxicology Program considers |
| 09:17:03 | 2 | acrylamide as reasonably anticipated to be a human |
| 09:17:05 | 3 | carcinogen. And I believe OEHHA would agree with |
| 09:17:10 | 4 | that statement. |
| 09:17:12 | 5 | MR. HAINLINE: Q. All right. |
| 09:17:13 | 6 | A. Other authoritative bodies have made |
| 09:17:15 | 7 | similar conclusions, slightly different phraseology. |
| 09:17:20 | 8 | The International Agency for Research on Cancer and |
| 09:17:22 | 9 | the U.S. Environmental Protection Agency, they |
| 09:17:26 | 10 | consider acrylamide as a probable human carcinogen. |
| 09:17:30 | 11 | Q. Okay. Yesterday, if you recall, I asked |
| 09:17:32 | 12 | you whether any health organization, any |
| 09:17:36 | 13 | governmental health organization, in the world has |
| 09:17:39 | 14 | listed acrylamide as a known human carcinogen. |
| 09:17:42 | 15 | Do you recall that question? |
| 09:17:43 | 16 | A. Yes. |
| 09:17:43 | 17 | Q. And you answered no. Do you recall that? |
| 09:17:45 | 18 | A. That's correct. |
| 09:17:46 | 19 | Q. ==My question now -- I== appreciate what you |
| 09:17:50 | 20 | wrote in Sandy 1 -- is whether -- is, ==does OEHHA== |
| 09:17:57 | 21 | ==know whether acrylamide is a human carcinogen?== |
| 09:18:00 | 22 | ==And I'd appreciate it if you would answer== |
| 09:18:02 | 23 | =="yes," "no" or "I don't know."== |
| 09:18:07 | 24 | MR. METZGER: Same objections. |
| 09:18:09 | 25 | ==THE WITNESS:== ==No.== |

175

Merrill Legal Solutions
(800) 869-9132

9

CERTIFICATE OF REPORTER

I, CYNTHIA A. PACINI, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: May 11, 2007

*Cynthia A. Pacini*

CYNTHIA A. PACINI, CSR No. 6117

Changes to Deposition of Martha Sandy, May 1-2, 2007
Environmental World Watch v. Procter & Gamble Distribution Company
(L.A. Sup. Ct. No. BC 337618), and related actions.

Page 30, line 16: Delete "0.1"; insert "1.0."

Page 29, lines 15-16: Insert "." after "tumors"; change "in" to "In"; insert "," after "et al."

Page 40: line 2: Delete "a"; insert "hormonal".

Page 45, line 7: Delete "Rowell" insert "Rao."

Page 57, line 17: Delete "added" insert "multiplied".

Page 58, line 16: Delete "adding"; insert "multiplying"; delete "sum" insert "product".

Page 65, line 24: Delete "from"; insert "in".

Page 65, line 25: Delete "pharmacodynamic" insert "pharmacokinetic".

Page 117, line 15: Delete "Croik" insert "Krowech".

Page 127, line 2: Delete "add"; insert "multiply".

Page 128, line 4: Delete "mean" and insert "median" in both instances (otherwise the answer would be "incorrect."

Page 130, line 22: Delete "2003" and insert "Octoer 2002" ; before "2004" insert "April."

Page 137, line 23: Delete "McColfgal" insert "Moolgavkar".

Page 144, line 18: Delete "world"; insert "word".

Page 152, line 14: Delete "AGE"; insert "AH".

Page 163, line 3: Delete "Osheda"; insert "Oshita".

Page 183, line 15: Delete "toxicogenetics"; insert "toxicokinetics".

Page 214, line 22: Delete "four"; insert "two".

Page 214, line 24: Delete "0.25"; insert "0.5."

Dated: June 8, 2007

*Martha Sandy*

Case Name: *Environmental World Watch v. Procter & Gamble*

Case No.: Los Angeles County Superior Court NO. BC338956 (Lead Case)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 8, 2007, I served the attached **CHANGE'S TO THE DEPOSITION OF MARTHA SANDY (May 1-2, 2007)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at P.O. Box 70550, Oakland, CA 94612-0550, addressed as follows:

Trenton H. Norris, Esq.
Todd O. Edmister, Esq.
Gabriel J. Padilla, Esq.
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
*Attorneys for Frito-Lay, Inc.*

Forrest A. Hainline III
Robert B. Bader
Goodwin Procter LLP
101 California Street
San Francisco, CA 94111
*Attorneys for McDonald's Corporation*

Michèle B. Corash, Esq.
Brooks M. Beard, Esq.
Robin S. Stafford, Esq.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
*Attorneys for Burger King Corporation
H.J. Heinz Company; Lance, Inc.; Wendy's
International, Inc., and Kettle Foods, Inc.*

Raphael Metzger, Esq.
Metzger Law Group
401 East Ocean Blvd., Suite 800
Los Angeles, CA 90802

Norman C. Hile, Esq.
John Murray, Esq.
Mike Week, Esq.
Orrick, Herrington & Sutcliffe LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
*Attorneys for The Procter & Gamble
Manufacturing Company and
The Procter & Gamble Distributing Company*

Gary M. Roberts, Esq.
John E. Walker, Esq.
Jennifer Yu Sacro, Esq.
Sonnenschein Nath & Rosenthal LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
*Attorneys for McDonald's Corporation*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 8, 2007, at Oakland, California.

| Rosaura M. Altamirano | Signature |
|---|---|
| Declarant | |

90063052.wpd