J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
Forrest Hainline, Esq. (SBN: 64166)
  hainline@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
  kwasniewski@braunhagey.com
Robert Petraglia (SBN: 264849)
  petraglia@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
B&G FOODS NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOOD NORTH AMERICA, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,<br><br>          Defendants. | **Case No. 2:20-cv-00526-KJM-DB**<br><br>**PLAINTIFF B&G FOODS NORTH AMERICA, INC.'S STATEMENT REGARDING ORAL ARGUMENT**<br><br>Date:              March 10, 2023<br>Time:             10:00 a.m<br>Judge:            Hon. Kimberly J. Mueller<br>Courtroom:    3<br><br>SAC Filed:     November 23, 2022<br>Trial Date:     None Set |

STATEMENT RE ORAL ARGUMENT

At oral argument today, the Court inquired whether the State of California has ever litigated a Prop 65 case along with a private enforcer. It has. B&G Foods respectfully submits this statement to identify several cases in which that has occurred:

- *People ex rel. Brown v. Tri-Union Seafoods, LLC*, S.F. Super. Ct. No. CGC-04-432394; related case: *Public Media Ctr. v. Tri-Union Seafoods, LLC*, S.F. Super. Ct. No. CGC-01-402975 (Attorney General co-litigated Prop 65 case with private enforcer regarding mercury in tuna). This matter was litigated successfully by B&G Foods's counsel Forrest Hainline. A copy of the Court of Appeal's final decision is attached as Exhibit 1.

- *People v. Dakota Bros.*, Alameda Super. Ct No. CGC-13-531045, related cases: *Center for Environmental Health v. Food Market Mgmt., Inc.*, Alameda Super. Ct. No. CGC-12-526395; *Center for Environmental Health v. Fayeon Distributors, Inc.*, Alameda Super. Ct. No. CGC-12-526396 (Attorney General co-litigated Prop 65 case with private enforcer regarding lead in ginger). A copy of the Consent Judgment is attached as Exhibit 2.

- *People v. Burlington Coat Factory Warehouse Corp.*, Alameda Super. Ct. No. RG 04-162075 (Attorney General filed suit based on initial investigation conducted by private enforcer regarding lead in jewelry; in subsequent consent judgment, fees were awarded to private enforcer). A copy of the Consent Judgment is attached as Exhibit 3.

- *People v. PepsiCo, Inc.*, L.A. Super. Ct. BC351120 (Attorney General filed action based on investigation of private enforcer regarding lead in soda; in subsequent consent judgment, fees were awarded to private enforcer). A copy of the Consent Judgment is attached as Exhibit 4.

Dated: March 10, 2023

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP
By: */s/David H. Kwasniewski*
David H. Kwasniewski

*Attorneys for Plaintiff*
*B&G Foods North America, Inc.*