CRAIG M. NICHOLAS (Bar No. 178444)
cnicholas@nicholaslaw.org
SHAUN MARKLEY (Bar No. 291785)
smarkley@nicholaslaw.org
JAKE W. SCHULTE (Bar. No. 293777)
jschulte@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496

NOAM GLICK (Bar No. 251582)
noam@glicklawgroup.com
**GLICK LAW GROUP, P.C.**
225 Broadway, Suite 2100
San Diego, CA 92101
Tel: (619) 382-3400
Fax: (619) 615-2193

Attorneys for Defendants
KIM EMBRY and
ENVIRONMENTAL HEALTH ADVOCATES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, <br><br> Defendants. | CASE NO. 2:20-CV-00526-KJM-DB <br><br> **REPLY TO STATEMENT REGARDING ORAL ARGUMENT ON MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** <br><br> **Hearing Date**: March 10, 2023 <br> **Hearing Time**: 10:00 a.m. <br> **Courtroom**: 3 (15th Floor) <br><br> **District Judge**: Hon. Kimberly J. Mueller <br> **Magistrate Judge**: Hon. Deborah Barnes <br><br> **Complaint Filed**: March 6, 2020 <br> **FAC Filed**: July 7, 2022 <br> **SAC Filed**: November 23, 2022 <br> **Trial Date**: None Set |

After the Motion to Dismiss was submitted, B&G improperly filed a "Statement Regarding Oral Argument" with four exhibits. The Court should strike the pleading, as it was submitted without leave. However, to the extent the Court considers this belated filing, it does not show that Defendants are state actors – if anything, it shows the opposite. Defendants respectfully request that if the Court takes B&G's filing into account, the Court also consider this brief response.

B&G's exhibits do not add anything. Most of them (Exhibits 1-3) show the rare occasion in which a Proposition 65 private enforcer and the Attorney General both maintain lawsuits with respect to the same chemical in the same or similar products against the same or similar defendants. Then, like any other civil matter where cases address the same subject, courts will relate or consolidate the actions. But both the private enforcers and the Attorney General are still taking independent actions and making independent litigation decisions.

The final exhibit (Exhibit 4) shows another rare occasion in which a private enforcer's investigation efforts that lead to the Attorney General bringing a case will result in the private enforcer being compensated. Again, this is a result of independent actions and decisions.

Even if the Court found that prosecution of separate, parallel cases or compensation to a private enforcer in a case brought by the Attorney General made the private enforcers in those cases state actors, that would only highlight that Defendants here are not state actors. B&G has not pled – and cannot plead consistent with Rule 11 – that the Proposition 65 cases at issue fall into those categories. If anything, therefore, B&G's belated filing shows that Defendants are not state actors.

*[See signature on following page.]*

Respectfully submitted,

Dated: March 13, 2023          **NICHOLAS & TOMASEVIC, LLP**

By:    */s/ Jake W. Schulte*
CRAIG M. NICHOLAS (Bar No. 178444)
cnicholas@nicholaslaw.org
SHAUN MARKLEY (Bar No. 291785)
smarkley@nicholaslaw.org
JAKE W. SCHULTE (Bar. No. 293777)
jschulte@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492 | Fax: (619) 325-0496

NOAM GLICK (Bar No. 251582)
noam@glicklawgroup.com
**GLICK LAW GROUP, P.C.**
225 Broadway, Suite 2100
San Diego, CA 92101
Tel: (619) 382-3400 | Fax: (619) 615-2193

Attorneys for Defendants
KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC.