CRAIG M. NICHOLAS (Bar No. 178444)
cnicholas@nicholaslaw.org
JAKE W. SCHULTE (Bar No. 293777)
jschulte@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496

NOAM GLICK (Bar No. 251582)
noam@glicklawgroup.com
**GLICK LAW GROUP, P.C.**
225 Broadway, Suite 2100
San Diego, CA 92101
Tel: (619) 382-3400
Fax: (619) 615-2193

R. JEFFREY NEER (Bar No. 190417)
jeff@forumllp.com
**FORUM LAW PARTNERS, LLP**
803 Deep Valley Dr.
Rolling Hills Estates, California 90274
Tel: (310) 974-8800
Fax: (310) 974-8801

Attorneys for Defendants
KIM EMBRY and
ENVIRONMENTAL HEALTH ADVOCATES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., <br><br> Plaintiff, <br> vs. <br><br> KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California <br><br> Defendants. | Case No.: 2:20-cv-00526-KJM-DB <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

**PLEASE TAKE NOTICE THAT,** pursuant to Local Rule 182(i), Nicholas & Tomasevic, LLP, and Glick Law Group, P.C., attorneys of record for Defendants Kim Embry and Environmental Health Advocates, Inc. (collectively, "Defendants"), hereby associate Forum Law Partners, LLP, and attorney R. Jeffrey Neer as co-counsel of record for Defendants in this matter. The name, office address, telephone number, fax number, and email address of the associated counsel are as follows:

> R. JEFFREY NEER (Bar No. 190417)
> jeff@forumllp.com
> **FORUM LAW PARTNERS, LLP**
> 803 Deep Valley Dr.
> Rolling Hills Estates, California 90274
> Tel: (310) 974-8800
> Fax: (310) 974-8801

Attorneys Craig M. Nicholas and Jake W. Schulte of Nicholas & Tomasevic, LLP, and Noam Glick of Glick Law Group, P.C. concur in the filing of this Notice of Association of Counsel.

DATED: September 1, 2023                **NICHOLAS & TOMASEVIC, LLP**

                                        By:   */s/ Jake. W. Schulte*
                                              Craig M. Nicholas
                                              Jake W. Schulte

DATED: September 1, 2023                **GLICK LAW GROUP, P.C.**

                                        By:   */s/ Noam Glick*
                                              Noam Glick

Attorney R. Jeffrey Neer of Forum Law Partners, LLP, hereby accepts the above association.

DATED: September 1, 2023                **FORUM LAW PARTNERS, LLP**

                                        By:   */s/ R. Jeffrey Neer*
                                              R. Jeffrey Neer