


# United States District Court
# Eastern District of California

B&G Foods North America, Inc.

Plaintiff(s)

V.

Kim Embry and Environmental Health Advocates, Inc.

Defendant(s)

Case Number: 2:20-cv-00526

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric Scott Schlabs hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

B&G Foods North America, Inc.

On 01/18/2018 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

The Better Meat Co. v. Emergy, Inc., et al., Case No. 2:21-CV-02339-KJM-CKD

Application granted January 4, 2022

Date: 11/16/2023 Signature of Applicant: /s/ Eric Schlabs

**Pro Hac Vice Attorney**

Applicant's Name: Eric Scott Schlabs

Law Firm Name: BraunHagey & Borden LLP

Address: 118 W 22nd Street, 12th Floor

City: New York State: NY Zip: 10011

Phone Number w/Area Code: (646) 829-9403

City and State of Residence: New York, NY

Primary E-mail Address: Schlabs@braunhagey.com

Secondary E-mail Address: Schlabs@braunhagey.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jonas Noah Hagey

Law Firm Name: BraunHagey & Borden LLP

Address: 351 California Street, 10th Floor

City: San Francisco State: CA Zip: 94104

Phone Number w/Area Code: (415) 599-0210 Bar # 262331

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 30, 2023

CHIEF UNITED STATES DISTRICT JUDGE




# *Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *Eric Scott Schlabs*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***January 18, 2018,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*




*In Witness Whereof, I have hereunto set my hand in the City of Albany on November 16, 2023.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00147183*




State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D Mayberger

Robert D. Mayberger
Clerk of the Court

Revised January 2022