1 | J. Noah Hagey, Esq. (SBN: 262331)
      hagey@braunhagey.com
2 | Matthew Borden, Esq. (SBN: 214323)
      borden@braunhagey.com
3 | David H. Kwasniewski, Esq. (SBN: 281985)
      kwasniewski@braunhagey.com
4 | Robert Petraglia, Esq. (SBN: 264849)
      petraglia@braunhagey.com
5 | H. Chelsea Tirgardoon, Esq. (SBN: 340119)
      tirgardoon@braunhagey.com
6 | Eric Schlabs, Esq. (*pro hac vice*)
      schlabs@braunhagey.com
7 | BRAUNHAGEY & BORDEN LLP
    351 California Street, 10th Floor
8 | San Francisco, CA 94104
    Telephone: (415) 599-0210
9 | Facsimile: (415) 276-1808

10 | ATTORNEYS FOR PLAINTIFF
     B&G FOODS NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

B&G FOODS NORTH AMERICA, INC.,

　　　Plaintiff,

　　　v.

KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,

　　　Defendants.

**Case No. 2:20-cv-00526-KJM-DB**

**B&G FOODS NORTH AMERICA, INC.'S NOTICE OF HEARING RE DEFENDANTS' ORCHESTRATED SHAM LITIGATION (REQUESTS FOR PRODUCTION NOS. 17–23, 25) AND PUBLIC INTEREST ALLEGATIONS (REQUEST FOR PRODUCTION NO. 16, 30(B)(6) DEPOSITION TOPIC NOS. 11–15, 17, 21–22, 24) AND MOTION TO COMPEL**

| | |
|---|---|
| Date: | January 26, 2024 |
| Time: | 10:00 AM |
| Magistrate Judge: | Hon. Deborah Barnes |
| Courtroom: | 27 |
| SAC Filed: | November 23, 2022 |
| Trial Date: | None Set |

# NOTICE OF MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on January 26, 2024 at 10:00 a.m. in Courtroom 27 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814, a hearing will be held on the discovery disagreement between Plaintiff B&G Foods North America, Inc. ("B&G Foods") and Defendants Environmental Health Advocates, Inc. ("EHA") and Kim Embry (collectively, "Defendants"). The matters for the hearing include: (1) whether Defendants should be compelled to provide full and complete responses to B&G Foods's Requests for Production Nos. 17–23 and 25, including documents relating to their orchestration of sham Proposition 65 litigation; (2) whether Defendants should be compelled to provide a full and complete response to B&G Foods's Requests for Production No. 16, including documents relating to their representation that their state court actions against B&G Foods were brought in the public interest; and (3) whether Defendants should be compelled to designate a corporate deponent for Topic Nos. 11–15, 17, 21–22, 24, relating to B&G Foods's allegation that Defendants did not file suit in the public interest but rather to pocket the 25% penalty under Proposition 65.

The specifics of the parties' dispute and the parties' respective contentions are detailed in the forthcoming Joint Statement.

Dated: January 5, 2024

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
Matthew Borden

*Attorneys for Defendant*
*B&G Foods North America, Inc.*

# MOTION TO COMPEL

Plaintiff B&G Foods North America, Inc. ("B&G Foods") hereby moves the Court for an order (1) compelling Defendants Environmental Health Advocates, Inc. ("EHA") and Kim Embry (collectively, "Defendants") to provide full and complete responses to B&G Foods's Requests for Production Nos. 17–23 and 25, including documents relating to their orchestration of sham Proposition 65 litigation; (2) compelling Defendants to provide a full and complete response to B&G Foods's Requests for Production No. 16, including documents relating to their representation that their state court actions against B&G Foods were brought in the public interest; and (3) compelling Defendants to designate a corporate deponent for Topic Nos. 11–15, 17, 21–22, 24, relating to B&G Foods's allegation that Defendants did not file suit in the public interest but rather to pocket the 25% penalty under Proposition 65.

The Motion is based on the forthcoming Joint Statement regarding Discovery Disagreement and supporting papers and the entire record herein.

Dated: January 5, 2024

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
Matthew Borden

*Attorneys for Plaintiff*
*B&G Foods North America, Inc.*