CRAIG M. NICHOLAS (Bar No. 178444)
cnicholas@nicholaslaw.org
SHAUN MARKLEY (Bar. No. 291785)
smarkley@nicholaslaw.org
JAKE W. SCHULTE (Bar No. 293777)
jschulte@nicholaslaw.org
**NICHOLAS & TOMASEVIC, LLP**
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496

NOAM GLICK (Bar No. 251582)
noam@glicklawgroup.com
**GLICK LAW GROUP, P.C.**
225 Broadway, Suite 2100
San Diego, CA 92101
Tel: (619) 382-3400
Fax: (619) 615-2193

R. JEFFREY NEER (Bar No. 190417)
jeff@forumllp.com
**FORUM LAW PARTNERS, LLP**
803 Deep Valley Dr.
Rolling Hills Estates, CA 90274
Tel: (310) 974-8800 | Fax: (310) 974-8801

Attorneys for Defendants
KIM EMBRY and ENVIRONMENTAL
HEALTH ADVOCATES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., | Case No. 2:20-cv-00526-KJM-DB |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| v. | Related Case Nos. |
| KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | 2:24-mc-00002-DAD-DB [Glick MTQ] <br> 2:24-mc-00003-DJC-CKD [Schulte MTQ] <br> 2:24-mc-00011-DAD-JDP [Markley MTQ] <br> 2:24-mc-00014-DAD-JDP [Nicholas MTQ] <br> 2:24-mc-00040-WBS-DB [Meeker MTC] |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 123(b), Defendants Kim Embry ("Embry") and Environmental Health Advocates, Inc. ("EHA") (together, "Defendants") file this Notice of Related Case.  The following miscellaneous cases are related because they concern discovery motions involving subpoenas served by Plaintiff B&G Foods North America, Inc. ("B&G") in this action – *B&G Foods North America, Inc. v. Kim Embry/EHA,* No. 2:20-cv-00526-KJM-DB.   B&G served subpoenas on counsel of record for Defendants (Messrs. Nicholas, Schulte, Glick, and Markley) and a percipient witness (Dr. Meeker).  Defendants' attorneys moved to quash B&G's improper subpoenas.  B&G moved to compel further compliance as to Dr. Meeker's subpoena.

| MTQ Case No. | Non-Party Movant | Filing/Transfer Date |
|---|---|---|
| 2:24-mc-00002-DAD-DB | Noam Glick | 12/29/2023; 01/04/2024 |
| 2:24-mc-00003-DJC-CKD | Jake Schulte | 12/29/2023; 01/04/2024 |
| 2:24-mc-00011-DAD-JDP | Shaun Markley | 12/29/2023; 01/04/2024 |
| 2:24-mc-00014-DAD-JDP | Craig Nicholas | 12/29/2023; 01/09/2024 |
| **MTC Case No.** | **Non-Party Respondent** | **Filing/Transfer Date** |
| 2:24-mc-00040-WBS-DB | Dr. John Meeker | 01/04/2024; 01/26/2024 |

Messrs. Nicholas, Schulte, Glick, and Markley (counsel of record for Defendants in this action) all move to quash subpoenas served by B&G since, among other reasons, B&G fails to meet the *Shelton* factors, and the subpoenas impose an undue burden and are harassing.  Additionally, the movants request the Court impose sanctions against B&G and its counsel under Rule 26 and/or Rule 45.  Separately, B&G filed a motion to compel further compliance against Dr. Meeker related to the subpoena it issued to him.

Under Rule 45(f), Defendants' counsel and Dr. Meeker consented to and requested a transfer of their subpoena-related matters from the Southern District of California (Defendants' counsel) and the Eastern District of Michigan (Dr. Meeker) to the Eastern District of California, which is already familiar with the issues presented in this complex case.  Therefore, Defendants respectfully

NOTICE OF RELATED CASES

1   request that each miscellaneous case be assigned to District Court Judge Kimberly J. Mueller and

2   Magistrate Judge Deborah Barnes – i.e., the judges overseeing the underlying action.

3   Respectfully Submitted,

    Dated: February 1, 2024                     **NICHOLAS & TOMASEVIC, LLP**

4

5                                   By:      */s/ Jake W. Schulte*
                                             CRAIG M. NICHOLAS (Bar No. 178444)
6                                            cnicholas@nicholaslaw.org
                                             SHAUN MARKLEY (Bar. No. 291785)
7                                            smarkley@nicholaslaw.org
                                             JAKE W. SCHULTE (Bar. No. 293777)
8                                            jschulte@nicholaslaw.org
                                             225 Broadway, 19th Floor
9                                            San Diego, California 92101
                                             Tel: (619) 325-0492 | Fax: (619) 325-0496

10                                           NOAM GLICK (Bar No. 251582)
                                             noam@glicklawgroup.com
11                                           **GLICK LAW GROUP, P.C.**
                                             225 Broadway, Suite 2100
12                                           San Diego, CA 92101
                                             Tel: (619) 382-3400 | Fax: (619) 615-2193
13
                                             R. JEFFREY NEER (Bar No. 190417)
14                                           jeff@forumllp.com
                                             **FORUM LAW PARTNERS, LLP**
15                                           803 Deep Valley Dr.
                                             Rolling Hills Estates, CA 90274
16                                           Tel: (310) 974-8800 | Fax: (310) 974-8801

17                                           Attorneys for Defendants
                                             KIM EMBRY and ENVIRONMENTAL
18                                           HEALTH ADVOCATES, INC.

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASES