| | |
|---|---|
| 1 | J. Noah Hagey, Esq. (SBN: 262331) |
| | hagey@braunhagey.com |
| 2 | Matthew Borden, Esq. (SBN: 214323) |
| | borden@braunhagey.com |
| 3 | David H. Kwasniewski, Esq. (SBN: 281985) |
| | kwasniewski@braunhagey.com |
| 4 | H. Chelsea Tirgardoon, Esq. (SBN: 340119) |
| | tirgardoon@braunhagey.com |
| 5 | Eric Schlabs, Esq. (*pro hac vice*) |
| | schlabs@braunhagey.com |
| 6 | BRAUNHAGEY & BORDEN LLP |
| | 351 California Street, 10th Floor |
| 7 | San Francisco, CA 94104 |
| | Telephone: (415) 599-0210 |
| 8 | Facsimile: (415) 276-1808 |
| 9 | ATTORNEYS FOR PLAINTIFF |
| | B&G FOODS NORTH AMERICA, INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., | **Case No. 2:20-cv-00526-KJM-DB** |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ROBERT T. PETRAGLIA AS ATTORNEY OF RECORD** |
| v. | |
| KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | Judge: Hon. Kimberly J. Mueller |
| | Courtroom: 3 |
| | SAC Filed: November 23, 2022 |
| | Trial Date: None Set |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Robert T. Petraglia (SBN: 264849) hereby withdraws as counsel of record for Plaintiff B&G Foods North America, Inc. ("B&G Foods" or "Plaintiff"), in the above entitled action. Plaintiff shall continue to be represented by the law firm of BraunHagey & Borden LLP.

Dated: February 12, 2024

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
Matthew Borden

*Attorneys for Plaintiff
B&G Foods North America, Inc.*