UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G Foods North America,<br><br>    Plaintiff,<br><br>    v.<br><br>Kim Embry and Environmental Health Advocates, Inc., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,<br><br>    Defendants. | No. 2:20-cv-00526-KJM-DB |
| B&G Foods North America,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kim Embry and Environmental Health Advocates, Inc., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,<br><br>    Defendants,<br><br>Noam Glick,<br><br>    Movant. | No. 2:24-mc-00002-DAD-DB<br><br>RELATED CASE ORDER |

1

| | | |
|---|---|---|
| 1 | B&G Foods North America, | No. 2:24-mc-00003-DJC-CKD |
| 2 | Plaintiffs, | RELATED CASE ORDER |
| 3 | v. | |
| 4 | Kim Embry and Environmental Health Advocates, Inc., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | |
| 5 | | |
| 6 | | |
| 7 | Defendants, | |
| 8 | Jack Schulte, | |
| 9 | Movant. | |
| 10 | B&G Foods North America, | No. 2:24-mc-00011-DAD-JDP |
| 11 | Plaintiffs, | RELATED CASE ORDER |
| 12 | v. | |
| 13 | Kim Embry and Environmental Health Advocates, Inc., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | |
| 14 | | |
| 15 | | |
| 16 | Defendants, | |
| 17 | Shaun Markley, | |
| 18 | Movant. | |
| 19 | | |
| 20 | B&G Foods North America, | No. 2:24-mc-00014-DAD-JDP |
| 21 | Plaintiffs, | RELATED CASE ORDER |
| 22 | v. | |
| 23 | Kim Embry and Environmental Health Advocates, Inc., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | |
| 24 | | |
| 25 | | |
| 26 | Defendants, | |
| 27 | Craig Nicholas, | |
| 28 | Movant. | |

| | | |
|---|---|---|
| 1 | B&G Foods North America, | No. 2:24-mc-00040-WBS-DB |
| 2 | Plaintiffs, | RELATED CASE ORDER |
| 3 | v. | |
| 4 | Kim Embry and Environmental Health Advocates, Inc., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | |
| 5 | | |
| 6 | | |
| 7 | Defendants, | |
| 8 | Dr. John Meeker, | |
| 9 | Movant. | |

Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules. "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that

- Case No. 2:24-mc-00002-DAD-DB is reassigned from District Judge Drozd to the undersigned. The caption on documents filed in the reassigned case shall show Case No. 2:24-mc-00002-KJM-DB.
- Case No. 2:24-mc-00003-DJC-CKD is reassigned from District Judge Calabretta to the undersigned and from Magistrate Judge Delaney to Magistrate Judge Barnes. The caption on documents filed in the reassigned case shall show Case No. 2:24-mc-00003-KJM-DB.

- Case No. 2:24-mc-00011-DAD-JDP is reassigned from District Judge Drozd to the undersigned and from Magistrate Judge Peterson to Magistrate Judge Barnes. The caption on documents filed in the reassigned case shall show Case No. 2:24-mc-00011-KJM-DB.
- Case No. 2:24-mc-00014-DAD-JDP is reassigned from District Judge Drozd to the undersigned and from Magistrate Judge Peterson to Magistrate Judge Barnes. The caption on documents filed in the reassigned case shall show Case No. 2:24-mc-00014-KJM-DB.
- Case No. 2:24-mc-00040-WBS-DB is reassigned from District Judge Shubb to the undersigned. The caption on documents filed in the reassigned case shall show Case No. 2:20-mc-00040-KJM-DB.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 12, 2024.

CHIEF UNITED STATES DISTRICT JUDGE