1 | J. Noah Hagey, Esq. (SBN: 262331)
hagey@braunhagey.com
2 | Matthew Borden, Esq. (SBN: 214323)
borden@braunhagey.com
3 | David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
4 | H. Chelsea Tirgardoon, Esq. (SBN: 340119)
tirgardoon@braunhagey.com
5 | Eric Schlabs, Esq. (*pro hac vice*)
schlabs@braunhagey.com
6 | BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
7 | San Francisco, CA 94104
Telephone: (415) 599-0210
8 | Facsimile: (415) 276-1808

9 | ATTORNEYS FOR PLAINTIFF
B&G FOODS NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,<br><br>Defendants. | **Case No. 2:20-cv-00526-KJM-DB**<br><br>**B&G FOODS NORTH AMERICA, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL NO. 3 RE DEFENDANTS' PRESERVATION OF EVIDENCE AND CHAIN OF CUSTODY [ECF 138]**<br><br>Date: March 1, 2024<br>Time: 10:00 AM<br><br>Magistrate Judge: Hon. Deborah Barnes<br>Courtroom: 27<br><br>SAC Filed: November 23, 2022<br>Trial Date: None Set |

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  **PLEASE TAKE NOTICE** that Plaintiff B&G Foods North America, Inc. ("Plaintiff" or "B&G Foods") hereby withdraws its Notice of Motion and Motion to Compel No. 3 regarding Defendants' Preservation of Evidence and Chain of Custody ("Motion") without prejudice. (ECF No. 138.)

Dated: February 16, 2024

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
    Matthew Borden

*Attorneys for Plaintiff*
*B&G Foods North America, Inc.*