UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., | No. 2:20-cv-0526 KJM DB |
| Plaintiff, | |
| v. | ORDER |
| KIM EMBRY AND ENVIRONMENTAL HEALTH ADVOCATES, INC., | |
| Defendants. | |

This matter came before the undersigned on February 23, 2024, for hearing of plaintiff's motion to compel pursuant to Local Rule 302(c)(1). (ECF No. 158.) Attorneys David Kwasniewski and Chelsea Tirgardoon appeared on behalf of plaintiff. Attorney Jake Schulte appeared on behalf of defendants. Oral argument was heard, and plaintiff's motion was taken under submission. For the reasons explained at the February 23, 2024 hearing, IT IS HEREBY ORDERED that within seven days of the date of this order plaintiff shall submit a copy of the

////

////

////

///

////

1

Excel file at issue for in camera review by email to Shelly Her, the courtroom deputy of the undersigned magistrate judge, at SHer@caed.uscourts.gov.

Dated: February 23, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/b&g0526.oah.0223

2