**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: jschulte@nicholaslaw.org

**GLICK LAW GROUP, P.C**
Noam Glick (SBN 251582)
225 Broadway, 19th Floor
San Diego, CA 92101
Tel: (619) 382-3400
Fax: (619) 615-2193
Email: noam@glicklawgroup.com

**FORUM LAW PARTNERS, LLP**
R. Jeffrey Neer (SBN 190417)
803 Deep Valley Dr.
Rolling Hills Estates, CA 90274
Tel: (310) 974-8800
Fax: (310) 974-8801
Email: jeff@forumllp.com

Attorneys for Defendants
KIM EMBRY & ENVIRONMENTAL HEALTH ADVOCATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,<br><br>Defendant. | Case No.: 2:20-cv-00526-KJM-DB<br><br>**DEFENDANTS KIM EMBRY AND ENVIRONMENTAL HEALTH ADVOCATES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT**<br><br>**Hearing Date**: August 23, 2024<br>**Hearing Time**: 10:00 a.m.<br>**Location**: 3 (15th floor)<br><br>**Judge**: Hon. Kimberly J. Mueller<br>**Magistrate**: Hon. Deborah Barnes<br><br>**Complaint Filed**: March 6, 2020<br>**Trial Date**: None Set |

**TO THE COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 23, 2024, at 10:00 a.m., before the Honorable Kimberly J. Mueller, in Courtroom 3 (15th floor) of the above-entitled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, a hearing will be held on Defendants Kim Embry and Environmental Health Advocates, Inc. ("Defendants") Motion for Summary Judgement. Defendants move for summary judgment on two grounds: (1) even assuming Defendants acted under color law, there is no triable issue of material fact regarding the sham exception to the *Noerr-Pennington* doctrine; and (2) Defendants are not state actors.

Pursuant to Civil Standing Order ¶ 4(A)(a), the undersigned counsel certifies that Defendants exhausted meet and confer efforts prior to filing this motion. While the parties have routinely discussed each other's claims and defenses throughout the 4 years of litigation, Defendants' counsel engaged in a specific meet-and-confer teleconference with Plaintiff's counsel regarding the procedural and substantive issues of this motion. Plaintiff refused to dismiss its lawsuit, necessitating the filing of this dispositive motion.

Pursuant to Civil Standing Order ¶ 4(A)(d), the undersigned counsel certifies the parties are not actively engaged in settlement discussions.

Respectfully Submitted,
Dated: July 19, 2024

**NICHOLAS & TOMASEVIC, LLP**

By: */s/ Jake W. Schulte*
CRAIG M. NICHOLAS (Bar No. 178444)
cnicholas@nicholaslaw.org
JAKE W. SCHULTE (Bar. No. 293777)
jschulte@nicholaslaw.org
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492 | Fax: (619) 325-0496

NOAM GLICK (Bar No. 251582)
noam@glicklawgroup.com
**GLICK LAW GROUP, P.C.**
225 Broadway, 19th Floor
San Diego, CA 92101
Tel: (619) 382-3400 | Fax: (619) 615-2193

R. JEFFREY NEER (Bar No. 190417)
jeff@forumllp.com
**FORUM LAW PARTNERS, LLP**
803 Deep Valley Dr.

---

1    2:20-cv-00526-KJM-DB
DEFENDANTS KIM EMBRY AND ENVIRONMENTAL HEALTH ADVOCATES, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT

Rolling Hills Estates, CA 90274
Tel: (310) 974-8800 | Fax: (310) 974-8801

Attorneys for Defendants KIM EMBRY &
ENVIRONMENTAL HEALTH ADVOCATES,
INC.