# EXHIBIT D

**LODGED CONDITIONALLY UNDER SEAL**