**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Jake W. Schulte (SBN 293777)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: jschulte@nicholaslaw.org

**GLICK LAW GROUP, P.C**
Noam Glick (SBN 251582)
225 Broadway, 19th Floor
San Diego, CA 92101
Tel: (619) 382-3400
Fax: (619) 615-2193
Email: noam@glicklawgroup.com

**FORUM LAW PARTNERS, LLP**
R. Jeffrey Neer (SBN 190417)
803 Deep Valley Dr.
Rolling Hills Estates, CA 90274
Tel: (310) 974-8800
Fax: (310) 974-8801
Email: jeff@forumllp.com

Attorneys for Defendants
KIM EMBRY & ENVIRONMENTAL HEALTH ADVOCATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, <br><br> Defendant. | Case No.: 2:20-cv-00526-KJM-DB <br><br> **DECLARATION OF CRAIG NICHOLAS IN SUPPORT OF DEFENDANTS KIM EMBRY AND ENVIRONMENTAL HEALTH ADVOCATES, INC.'S MOTION FOR SUMMARY JUDGEMENT** <br><br> **Hearing Date**: August 23, 2024 <br> **Hearing Time**: 10:00 a.m. <br> **Location**: 3 (15th floor) <br><br> **Judge**: Hon. Kimberly J. Mueller <br> **Magistrate**: Hon. Deborah Barnes <br><br> **Complaint Filed**: March 6, 2020 <br> **Trial Date**: None Set |

2:20-cv-00526-KJM-DB
DECLARATION OF CRAIG NICHOLAS

I, Craig Nicholas, declare:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California, including this Court. I make this declaration in support of Defendants Kim Embry ("Embry") and Environmental Health Advocates, Inc.'s ("EHA") Motion for Summary Judgment. I am familiar with the facts stated herein, and if called upon as a witness, I could testify to the following facts based on my own personal knowledge.

2. I am the managing partner of the law firm of Nicholas & Tomasevic, LLP ("N&T"). N&T has extensive experience handling complex class and representative actions, including Proposition 65 citizen enforcement actions on behalf of Embry and EHA since 2017.

3. Embry and EHA investigate and file Proposition 65 enforcement actions on their own accord without any outside influence or encouragement from the Attorney General's Office ("AGO") or state officials.

4. Regarding the B&G NOVs/suits at issue, Embry and EHA, through their attorneys, chose, for example: (1) when and where to purchase the Cookie Cakes and Sandwich Cookies, (2) which independent, third-party laboratories to send the B&G cookies to for acrylamide testing, (3) which qualified expert to utilize to review the laboratory results and provide an opinion on exposures in excess of the NSRL, (4) when to issue the B&G NOVs, including the content therein, and (5) when and where to sue B&G after expiration of the mandatory 60-day notice period. The AGO or other state officials played no role in these decisions.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 19, 2024, in San Diego, California.

By: _____
Craig Nicholas
Declarant/Attorney for Defendants