**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, <br><br> Defendants. | Case No. 2:20-cv-00526-KJM-DB <br><br> **DECLARATION OF KIM EMBRY** <br><br> Judge: Hon. Kimberly Mueller <br> Magistrate: Hon. Deborah Barnes <br> Action Filed: March 6, 2020 |

DECLARATION OF KIM EMBRY

I, Kim Embry, declare:

1. I am a named Defendant in this action. I make this declaration in support of my and co-Defendant Environmental Health Advocates, Inc.'s ("EHA") Motion for Summary Judgment. I am familiar with the facts stated herein, and if called upon as a witness, I could testify to the following facts based on my own personal knowledge.

2. From around 2017-2020, I was a citizen enforcer of Proposition 65 who investigated and brought Notices of Violation ("NOV") and lawsuits regarding acrylamide exposure in food products.

3. This lawsuit concerns, in part, my NOV, served on April 22, 2019, and lawsuit filed on March 6, 2020, regarding acrylamide found in Plaintiff B&G Foods North America, Inc.'s ("B&G") SnackWell's Devil's Food Fat Free Cookie Cakes ("Cookie Cakes").

4. I understand that B&G alleges (e.g., at ¶ 80 of the Seconded Amended Complaint) that IEH Laboratories ("IEH") – the laboratory that tested the Cookie Cakes sample as part of my investigation – destroyed the sample at my personal instruction. This is not accurate. I never instructed IEH (or told my attorneys or anyone else to instruct IEH), via written, oral, or other transmission, to destroy the Cookie Cakes sample after testing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 15, 2024, in Barcelona, Spain.

By: *Kim Embry* (Jul 16, 2024 10:03 PDT)

Kim Embry
Declarant/Defendant

1
DECLARATION OF KIM EMBRY