1
2
3
4
5
6
7
8
9
10
11
12
13

**UNITED STATES DISTRICT COURT**

14

**EASTERN DISTRICT OF CALIFORNIA**

15
16

B&G FOODS NORTH AMERICA, INC.,

Case No. 2:20-cv-00526-KJM-DB

17

Plaintiff,

**DECLARATION OF DAMIEN GADOMSKI OF INSTITUTE FOR ENVIRONMENTAL HEALTH, INC.**

18

v.

19
20
21

KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,

Judge:        Hon. Kimberly Mueller
Magistrate:   Hon. Deborah Barnes
Action Filed: March 6, 2020

22

Defendants.

23
24
25
26
27
28

DECLARATION OF DAMIEN GADOMSKI

I, Damien Gadomski, declare:

1.     I am a Laboratory Director at the  Institute for Environmental Health, Inc. dba IEH Laboratories & Consulting Group ("IEH").  I am familiar with the facts stated herein, and if called upon as a witness, I could testify to the following facts based on my own personal knowledge.

2.     IEH provides independent laboratory testing services.  IEH serves a broad range of food industry clients.

3.     One of the food products submitted to IEH by Nicholas & Tomasevic, LLP for acrylamide testing was listed as item 8 with the Customer Sample ID "SW's FF Cookie Cakes" (the "Cookie Cakes").  Attached hereto as **Exhibit A** is a true and correct copy of the "IEH Sample Submission Form" dated March 29, 2019, requesting acrylamide testing for this item and other food products.  Certain information from the form has been redacted.

4.     The Cookie Cakes sample was received by IEH on April 1, 2019.  This is confirmed by the "IEH Use Only" portion of the Submission Form as well as the test report itself, or what IEH calls the "Certificate of Analysis," indicating the sample was received on "4/1/2019." Attached hereto as **Exhibit B** is a true and correct copy of the Certificate of Analysis involving IEH's testing of the Cookie Cakes.  Certain information from the form has been redacted.

5.     IEH's acrylamide testing of the Cookie Cakes was reported on April 4, 2019, as evidenced by the Certificate of Analysis, revealing an acrylamide concentration of 643 parts per billion (ppb).  The testing method utilized to assess the acrylamide level in the Cookie Cakes was liquid chromatography with tandem mass spectrometry (LC-MS/MS).

6.     IEH receives, processes, and tests thousands of samples of perishable food products on a monthly basis.  IEH's standard retention policy is to retain its clients' samples for a minimum of two weeks after the Report Date listed on the Certificate of Analysis.  As there was no direction to keep the Cookie Cakes for a longer duration they were disposed of as per IEH's standard retention policy.

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct. Executed on July 12, 2024, in Seattle, Washington.

3

4                              By:   *Damien Gadomski*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



# Laboratories & Consulting Group

## IEH Sample Submission Form
F81/GN021/02

| Customer Information | | Completed and signed sample submission form indicates agreement with IEH terms and conditions and authorizes IEH to perform the requested test(s). To protect the confidentiality of customer information, IEH will only include a unique **Customer ID and Job ID** on final reports instead of the customer name and address. | | | |
|---|---|---|---|---|---|
| Technical Contact: | Emilia Carrillo | | | | |
| Invoicing Contact: | Emilia Carrillo | | | | |
| Company Name: | Nicholas & Tomasevic, LLP | Please check preferred option(s) for receiving results (Electronic documents will be provided in Adobe Acrobat (PDF) format). | | | |
| Phone: | (619) 325-0492 | ☐ | Fax to: | | |
| Street Address: | 225 Broadway, Suite 1900 | ☑ | E-mail to: ecarrillo@nicholaslaw.org; ntfileclerk@nicholaslaw.org | | |
| City, State, Zip: | San Diego, CA 92101 | ☐ | Mailed | Page 1 | of 1 |
| Purchase Order #: | | Turn around time requested*: ☐ Routine | ☐ Expedited | | ☐ Emergency |

| Item # | Customer Sample ID | Sample Type e.g. air, water, meat, surface wipe, etc. | Analyses Requested** e.g. Quantitative Tests (QNT) : APC; TCC; ECC; LAB; AnPC; PSYCH; AnPSYCH; Y&M; ST Total; ST Fungi; Viable Fungi; Env. Bact; Ent. Bact; Qualitative Tests (QL): ECO157; Salm; List; Lm, Other (describe) | Total Volume/Area (as applicable) | Comments Write below as you want them to appear on the final report (Please use separate sheet if you would like to provide additional information about your samples) | IEH Use Only |
|---|---|---|---|---|---|---|
| e.g. | RX-112233 | Water | QNT: APC+TCC + ECC | N/A | Purified Water Sample | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 8 | SW's FF Cookie Cakes | Cake | Acrylamide | | | |
| | | | | | | |
| | | | | | | |

| Sample Condition: ☐ Frozen | ☐ Refrigerated | ☐ Other (describe) | Date/Time Sample(s) Shipped: 03/29/2019 |
|---|---|---|---|

\* Emergency Services require prior notification and sample arrival by 9:00 AM PST, Mon - Sat. Please call our Service Representative at 206-522-5432 for more information regarding turn around time, price and other conditions.
\*\* Definitions for abbreviations: APC=Aerobic Plate Count (Total Plate Count);TCC=Total Coliform Count;ECC=Coliform/*E. coli* Count. LAB=Lactic Acid Bacteria Count; AnPC=Anaerobic Plate Count; PSYCH=Aerobic Psychrotropic Count; AnPSYCH=Anaerobic Psychrotropic Count; Y&M=Yeast & Mold Count; ST Total =SporeTrap (Zefon or equiv.) Total Dust; ST Fungi=Spore Trap (Zefon or Equiv.) Fungi only; Viable Fungi=Viable Fungi (2 STD Media Bulk or Swab); Env. Bact=Envn. Bacteria, 30°C Incu.; Ent. Bact=Entero Bacteria, 37°C Incu, ECO157=*E. coli* O157:H7 Detection; Salm=*Salmonella* spp. Detection; List=*Listeria* spp. detection and Lm=*L. monocytogenes* detection.

| Customer Special Instructions: | | Submitted By (print): | Kaila Garrido |
|---|---|---|---|
| | | Authorized Signature: | |

| IEH Use Only | Customer ID #: | Job ID # / IEH Project #: | File Name / Sample Set #: |
|---|---|---|---|
| Date/Time Received: | Due Date/Time: | ☐ Send Results to IEH Project Manager: | |
| IEH Special Instructions/ Customer Follow up: | | Received By (print): | |
| | | Authorized Signature: | |

4/1/19, 3:30 PM
(8) Samples RT

# EXHIBIT B



# CERTIFICATE OF ANALYSIS

**IEH Laboratories & Consulting Group**

IEH Analytical Laboratories
3927 Aurora Avenue North
Seattle, WA 98103
Phone:(206) 632-2715 Fax:(206) 632-2417
www.iehinc.com

**Nicholas & Tomasevic, LLP**
Contact:Lindsay Beatty
225 Broadway, Suite 1900
San Diego, CA 92101
Phone:619-325-0492

TRADE SECRET / CONFIDENTIAL COMMERCIAL INFORMATION

| WO: 1705360 | | **Samples Received:** 4/1/2019 **Report Date:** 4/4/2019 | **Report No:** IAL-5532 |
|---|---|---|---|
| Lab Sample ID | Client Sample ID | Matrix | Acrylamide (ppb) |
| | | | |
| 1705360-16301 | 8 | SW's FF Cookie Cakes | 643 |

Test Method: Acrylamide = Acrylamide by LC-MS/MS; Method Reference: J. Agric. Food Chem. 54.19 (2006): 7001-7008; Reporting Limit = 10 ppb

UNLESS OTHERWISE NOTED, ALL SAMPLES WERE RECEIVED IN ACCEPTABLE CONDITION. THE RESULT(S) IN THIS REPORT RELATE ONLY TO THE PORTION OF THE SAMPLE(S) TESTED. THIS REPORT DOES NOT CONSTITUTE A RELEASE OF PRODUCT FOR CONSUMPTION. THIS REPORT SHALL NOT BE REPRODUCED EXCEPT IN FULL, WITHOUT WRITTEN APPROVAL OF THE LABORATORY. THIS DOCUMENT CONTAINS CONFIDENTIAL COMMERCIAL INFORMATION PURSUANT TO 5 U.S.C. SEC. 552(b)(4).

**Authorized Analyst: Zach Gottschalk**