1  **NICHOLAS & TOMASEVIC, LLP**
   Craig M. Nicholas (SBN 178444)
2  Jake W. Schulte (SBN 293777)
   225 Broadway, 19th Floor
3  San Diego, California 92101
   Tel: (619) 325-0492
4  Fax: (619) 325-0496
   Email: cnicholas@nicholaslaw.org
5  Email: jschulte@nicholaslaw.org

6  **GLICK LAW GROUP, P.C**
   Noam Glick (SBN 251582)
7  225 Broadway, 19th Floor
   San Diego, CA 92101
8  Tel: (619) 382-3400
   Fax: (619) 615-2193
9  Email: noam@glicklawgroup.com

10 **FORUM LAW PARTNERS, LLP**
   R. Jeffrey Neer (SBN 190417)
11 803 Deep Valley Dr.
   Rolling Hills Estates, CA 90274
12 Tel: (310) 974-8800
   Fax: (310) 974-8801
13 Email: jeff@forumllp.com

14 Attorneys for Defendants
   KIM EMBRY & ENVIRONMENTAL HEALTH ADVOCATES, INC.

15

16                     **UNITED STATES DISTRICT COURT**

17                      **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 18  B&G FOODS NORTH AMERICA, INC., | Case No.: 2:20-cv-00526-KJM-DB |
| 19                    Plaintiff, | **DECLARATION OF ISABELLA ORDONEZ** |
| 20        vs. | |
| 21  KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | **Judge**: Hon. Kimberly J. Mueller<br>**Magistrate**: Hon. Deborah Barnes<br><br>**Complaint Filed**: March 6, 2020<br>**Trial Date**: None Set |
| 22 | |
| 23 | |
| 24                    Defendant. | |
| 25 | |

26
27
28

DECLARATION OF ISABELLA ORDONEZ

I, Isabella Ordonez, declare:

1. I am a Legal Assistant for Entorno Law, LLP, the law firm that represents Defendant Environmental Health Advocates, Inc. ("EHA") in prosecuting citizen enforcement actions under Proposition 65. I submit this Declaration in support of Defendants EHA and Kim Embry's ("Embry") Motion for Summary Judgment. If called upon as a witness, I would testify to the following facts based on my own personal knowledge.

2. I was asked by Jake Schulte, counsel for Defendants, to research and compile a list of Defendants' successful prosecution of acrylamide Notices of Violation ("NOV") – i.e., NOVs that resulted in either (1) an out-of-court settlement, (2) a court-approved consent judgment, or (3) a judgment in Defendants' favor.

3. I began by reviewing the list of 771 acrylamide NOVs attached as Exhibit A to the Declaration of J.R. Holliday[1] where – as part of this litigation – Mr. Holliday previously compiled a list of acrylamide NOVs brought by Defendants stretching from February 27, 2017 (the first acrylamide NOV brought by Embry) through August 19, 2022 (the last acrylamide NOV brought by EHA). Mr. Holliday (a former Research Associate of EHA) compiled the list by extracting publicly available data from the California Attorney General's ("AG") website regarding Defendants' acrylamide NOVs.

4. Mr. Holliday's list did not indicate which NOVs resulted in a settlement or judgment. To ascertain which acrylamide NOVs resulted in either (1) an out-of-court settlement, (2) a court-approved consent judgment, or (3) judgment in Defendants' favor, I undertook the following review. First, I searched the AG's website – by inputting each unique AG number and product name associated with the acrylamide NOVs identified on Mr. Holliday's list – to locate and extract settlements or judgments associated with each respective NOV. Second, I searched Entorno Law's internal computer system, which retains records from both Embry and EHA's prosecution of Proposition 65 matters, to further locate and extract settlements or judgments associated with each respective acrylamide NOV.

5. In conducting the above search, I determined that Mr. Holiday's list inadvertently

---

[1] Mr. Holliday's declaration is attached as Ex. A to the Schulte Dec. at Embry_EHA_000115-127.

1  contained 206 duplicate NOV entries.  *See, e.g.,* Ex. A to the Holliday Dec. at 128-30, 142-43, 246-47 (the same AG number and product name is listed).  In other words, instead of 771 total NOVs, I determined the true number of unique/operative acrylamide NOVs brought by Defendants over a 5-year period from 2017-2022 was actually 565.

6. Following my search, I was able to locate and extract a total of 151 settlements/judgments evidencing successful acrylamide NOVs brought by Defendants, specifically: 97 court-approved consent judgments, 53 out-of-court settlements, and 1 court-approved default judgment.  Attached hereto as **Exhibit A** is a true and correct copy of the list I compiled.

7. Defendants have attached all 151 settlements/judgments, as Exhibits 1 through 151, to their Request for Judicial Notice in support of their Motion for Summary Judgment.

8. The columns of **Exhibit A** identify the (1) operative and/or previous AG number(s) associated with each settling NOV; (2) the product(s) identified in each NOV/settlement; (3) the civil penalty amount associated with each settlement; (4) the attorneys' fees and costs award associated with each settlement; (5) the total value of each settlement; (6) the settlement date; and (7) the resolution status of each successful NOV – i.e., consent judgment, out-of-court settlement, or default judgment.

9. According to the Microsoft Excel formulas related to adding up the civil penalty and attorneys' fees columns, which I independently verified through my own calculation, Defendants' acrylamide prosecution has resulted in a total recovery of **$7,180,450**, broken down as follows: **$743,925** in civil penalties (75% of which are directed to the State of California, Cal. Health & Safety Code § 25249.12(c)(1)) and **$6,436,525** in attorneys' fees and costs. A further breakdown of these figures, including the recovery achieved by each Defendant, is included in the below graphic:

|  | Total | Civil Penalities | Attorney Fees |
|---|---|---|---|
| Both Defendants | $ 7,180,450.00 | $ 743,925.00 | $ 6,436,525.00 |
| Embry | $ 2,036,500.00 | $ 216,250.00 | $ 1,820,250.00 |
| EHA | $ 5,143,950.00 | $ 527,675.00 | $ 4,616,275.00 |

10. As shown by **Exhibit A**, many of the 151 individual settlements involve resolution of multiple NOVs brought by Defendants – at least 184 separate NOVs by counting the "Operative AG Number" column. Thus, one cannot simply divide 151 by 565 (the total number of operative acrylamide NOVs brought by Embry/EHA) to ascertain Defendants' overall "success rate" in prosecuting acrylamide litigation. This is further complicated by the fact that, according to my review of Entorno Law's internal computer system, 67 of the total number of operative NOVs brought by Embry/EHA remain in "active" status – i.e., the NOVs remain in active litigation or are otherwise held in abeyance since they were issued less than 60-days before this Court's preliminary injunction went back into effect.

11. In light of the above, I believe **36.95%** is the most accurate representation of Defendants' overall "success rate" in prosecuting acrylamide litigation. I achieved this percentage by taking the total number NOVs settled (184) and dividing that figure by the total number of operative acrylamide NOVs brought by Embry/EHA save for the ones that remain in "active" status (565 – 67 = 498).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 19, 2024, in San Diego, California.

By: *Isabella Ordonez*
Isabella Ordonez (Jul 19, 2024 15:09 PDT)
Isabella Ordonez
Declarant

# EXHIBIT A

| Number | Operative AG Number | Related/Previous AG Numbers | Product | Civil Penalty | Attorney Fees | Totals | Settlement Date | Resolution Status |
|---|---|---|---|---|---|---|---|---|
| 1 | 2017-01779 | 2017-01265 | Western Bagels Plain Bagels 18 oz | $ 5,000.00 | $ 45,000.00 | $ 50,000.00 | 3/15/2018 | Consent Judgment |
| 2 | 2017-02331 | | Blue Diamond Almonds - Roasted Salted | $ 8,000.00 | $ 67,000.00 | $ 75,000.00 | 6/18/2018 | Consent Judgment |
| 3 | 2017-02010 | | Bauducco® Wafer- Vanilla | $ 5,000.00 | $ 45,000.00 | $ 50,000.00 | 7/18/2018 | Consent Judgment |
| 4 | 2018-01533 | | Kitchfix Grain-Free Waffles | $ 3,000.00 | $ 27,000.00 | $ 30,000.00 | 3/15/2019 | Out of Court Settlement |
| 5 | 2017-01768 | 2017-01267 | Bruegger's Bagels Plain Bagel | $ 4,000.00 | $ 44,000.00 | $ 48,000.00 | 4/9/2019 | Consent Judgment |
| 6 | 2017-01888 | | Oroweat Country Potato Bread | $ 12,000.00 | $ 3,000.00 | $ 15,000.00 | 4/25/2019 | Consent Judgment |
| 7 | 2017-01994 | 2017-01721 | Quadratini Almonds bite size Wafer cookies | $ 6,000.00 | $ 54,000.00 | $ 60,000.00 | 5/22/2019 | Consent Judgment |
| 8 | 2019-01037 | 2018-00891 | Roasted Almond Products, including but not limited to Nut Harvest Almonds Lightly Roasted | $ 12,000.00 | $ 103,000.00 | $ 115,000.00 | 6/12/2019 | Consent Judgment |
| 9 | 2019-0117 | 2019-0112, 2018-00671 | Archer Farms Roasted Almonds | $ 8,000.00 | $ 67,000.00 | $ 75,000.00 | 7/9/2019 | Consent Judgment |
| 10 | 2018-01051 | | Cadia Organic Honey Graham Crackers | $ 4,000.00 | $ 36,000.00 | $ 40,000.00 | 7/9/2019 | Out of Court Settlement |
| 11 | 2017-01629 | | Ian's Kids Alphatots | $ 4,000.00 | $ 36,000.00 | $ 40,000.00 | 7/25/2019 | Consent Judgment |
| 12 | 2017-01776; 2017-01767; 2017-01766; 2017-01889; 2017-01797; 2017-01796; 2017-01778; 2017-01264; 2017-01775; 2017-01774; 2017-01772; 2017-01771; 2017-01770; 2019-01143 | 2017-00241; 2020-00199; 2020-01320; 2017-01262; 2017-01773; 2017-01621; 2017-01628; 2017-01777; 2017-01635; 2017-01519; 2017-01519; 2017-01634; 2017-01263; 2017-01622; 2017-01769; 2019-01943; 2017-00242 | Product category: "breads and other baked goods" Including: 1. Market Pantry White Enriched Round Top Bread / UPC 085239111390 2. Psst Enriched White Bread 16oz , Van de Kamp's Hamburger Enriched Buns 12oz, Simple Truth Organic Plain Bagels 18 oz 3. California Baking Co. Cholesterol Free White Bread 4. Van De Kamp's - Western Hearth Country Potato Bread 5. Oroweat, Country White Bread, 24 oz 6. Cinnabon Cinnamon Bread, 16 oz 7. Hostess Classic White 20oz 8. Cadia Organic Country White Sliced Bread 24 oz 9. First Street Bakery White Enriched Sandwich Bread 10. Home Pride Butter Top White Bread 20oz, Wonder Calcium Fortified Enriched Bread 20oz, Sara Lee Classic White Bread 11. Cobblestone Bread Co. Original Bagels 20 oz 12. Bays Original English Muffins 13. Ball Park Hot Dog Buns 13 oz. 14. Great Value Country Potato (Bread) | $ 12,000.00 | $ 113,000.00 | $ 125,000.00 | 8/16/2019 | Consent Judgment |
| 13 | 2019-00518 | | Nonni's Triple Chocolate Biscotti | $ 7,000.00 | $ 65,000.00 | $ 72,000.00 | 9/25/2019 | Consent Judgment |
| 14 | 2019-00514; 2019-00852 | | 1. Biscos Sugar Wafers 2. Chips Ahoy Double Chocolate Thins | $ 8,000.00 | $ 67,000.00 | $ 75,000.00 | 9/26/2019 | Consent Judgment |
| 15 | 2019-01245; 2019-01247 | 2019-00513; 2019-00515 | 1. Market Pantry Vanilla Sugar Wafers 2. Great Value Vanilla Creme Wafer Cookies | $ 3,750.00 | $ 1,250.00 | $ 5,000.00 | 11/26/2019 | Out of Court Settlement |
| 16 | 2019-00935; 2019-00938 | | 1. Gold Emblem Roasted Almonds 2. 7 Select Smoked Almonds | $ 4,000.00 | $ 36,000.00 | $ 40,000.00 | 12/11/2019 | Out of Court Settlement |
| 17 | 2019-00866 | | Farm Fresh Nuts Dry Roasted Salted Almonds | $ 4,000.00 | $ 37,500.00 | $ 41,500.00 | 12/16/2019 | Consent Judgment |
| 18 | 2019-01450 | | Urban Plates Chewy Molasses Cookie | $ 3,000.00 | $ 27,000.00 | $ 30,000.00 | 12/20/2019 | Out of Court Settlement |
| 19 | 2019-01574 | | Lily's Dark Chocolate Covered Almonds | $ 5,000.00 | $ 42,500.00 | $ 47,500.00 | 12/27/2019 | Out of Court Settlement |
| 20 | 2019-01449 | | Domino's Chocolate Lava Crunch Cake | $ 3,000.00 | $ 27,000.00 | $ 30,000.00 | 1/7/2020 | Out of Court Settlement |
| 21 | 2018-00809 | | Blue Diamond Nut Thin | $ 8,000.00 | $ 67,000.00 | $ 75,000.00 | 1/7/2020 | Consent Judgment |
| 22 | 2018-00772 | | Honey Maid Honey Graham Crackers | $ 8,000.00 | $ 67,000.00 | $ 75,000.00 | 1/14/2020 | Consent Judgment |
| 23 | 2019-01923 | 2019-02133 | Signature Select Chocolate Wafer Cookies | $ 5,000.00 | $ 40,000.00 | $ 45,000.00 | 1/15/2020 | Out of Court Settlement |
| 24 | 2019-01313 | | Divvies Chocolate Brownie Minis | $ 2,000.00 | $ 18,000.00 | $ 20,000.00 | 2/7/2020 | Out of Court Settlement |

| # | Col2 | Col3 | Product | | Amount | | Amount | | Amount | Date | Resolution |
|---|------|------|---------|---|--------|---|--------|---|--------|------|------------|
| 25 | 2019-00512 | | Colombina Chocolate Wafers | $ | 5,500.00 | $ | 49,500.00 | $ | 55,000.00 | 2/14/2020 | Consent Judgment |
| 26 | 2019-01473 | | Barcel Crunchy Coated Peanuts | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/15/2020 | Consent Judgment |
| 27 | 2017-01781 | 2017-01614 | Heavenly Sent White Bread 24 oz | $ | 7,000.00 | $ | 63,000.00 | $ | 70,000.00 | 3/3/2020 | Consent Judgment |
| 28 | 2020-00197 | 2019-01564 | all Nothing Bundt Cake Flavors | $ | 7,000.00 | $ | 56,000.00 | $ | 63,000.00 | 4/6/2020 | Consent Judgment |
| 29 | 2019-01888 | | Italione Bite Size Wafers with Cocoa | $ | 6,000.00 | $ | 54,000.00 | $ | 60,000.00 | 4/20/2020 | Consent Judgment |
| 30 | 2019-01423 | | Jo's Candies Dark Chocolate Honey Graham | $ | 6,000.00 | $ | 54,000.00 | $ | 60,000.00 | 4/20/2020 | Consent Judgment |
| 31 | 2019-01924; 2019-01949 | | 1. Kirkland Signature Dry Roasted Almonds<br>2. Select Harvest USA California Almonds Oven Roasted/No Salt | $ | 5,000.00 | $ | 50,000.00 | $ | 55,000.00 | 4/21/2020 | Consent Judgment |
| 32 | 2019-01163 | | Market Pantry Dark Chocolate Covered Almonds | $ | 6,000.00 | $ | 54,000.00 | $ | 60,000.00 | 4/23/2020 | Consent Judgment |
| 33 | 2019-01091 | | Ticklebelly Cakebars Dark Chocolate | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 4/24/2020 | Consent Judgment |
| 34 | 2020-01095 | 2019-02108; 2018-01530 | 1. Kroger Honey Graham Crackers<br>2. Great Value Cinnamon Graham Crackers | $ | 8,000.00 | $ | 67,000.00 | $ | 75,000.00 | 5/5/2020 | Consent Judgment |
| 35 | 2020-01158; 2019-02259 | 2018-00520; 2018-00689 | 1. Wonderful Roasted & Salted Almonds<br>2. Trader Joe's Dry Roasted & Salted Almonds | $ | 10,000.00 | $ | 90,000.00 | $ | 100,000.00 | 5/7/2020 | Consent Judgment |
| 36 | 2019-01556; 2019-01271 | 2019-01471 | 1. Hayden Valley Dark Chocolate Peanuts<br>2. Hayden Valley Foods Dark Chocolate Almonds | $ | 5,000.00 | $ | 50,000.00 | $ | 55,000.00 | 5/29/2020 | Consent Judgment |
| 37 | 2019-01219 | | Oh! Nuts Dry Roasted Unsalted AlmondsAma | $ | 1,000.00 | $ | 9,000.00 | $ | 10,000.00 | 7/20/2020 | Out of Court Settlement |
| 38 | 2019-01312 | | Brookside Dark Chocolate Whole Almonds | $ | 4,000.00 | $ | 46,000.00 | $ | 50,000.00 | 8/6/2020 | Consent Judgment |
| 39 | 2020-00672 | | Mary's Gone Crackers Cayenne Pepper | $ | 2,500.00 | $ | 22,500.00 | $ | 25,000.00 | 8/18/2020 | Out of Court Settlement |
| 40 | 2018-01532 | | Sprouts Frozen Blueberry Waffles | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 8/20/2020 | Consent Judgment |
| 41 | 2019-01672 | 2019-01670, 2020-00294 | Dairy Queen Ice Cream Cup | $ | 5,500.00 | $ | 49,500.00 | $ | 55,000.00 | 8/31/2020 | Consent Judgment |
| 42 | 2020-00445; 2019-01242 | 2019-02019, 2019-01243; 2020-00446, 2019-02021, 2020-0045 | 1. Dark Chocolate Almonds<br>2. Dark Chocolate Walnuts | $ | 8,000.00 | $ | 77,000.00 | $ | 85,000.00 | 10/2/2020 | Consent Judgment |
| 43 | 2020-00885 | | Divina Green Olive & Parmesan Flatbread | $ | 3,000.00 | $ | 25,000.00 | $ | 28,000.00 | 10/7/2020 | Out of Court Settlement |
| 44 | 2020-01204 | 2020-00667 | Trader Joe's Laceys Cookies Dark Chocolate Almond | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 10/20/2020 | Consent Judgment |
| 45 | 2020-01036 | 2020-00666 | Keebler Chips Deluxe Rainbow | $ | 15,000.00 | $ | 120,000.00 | $ | 135,000.00 | 11/12/2020 | Consent Judgment |
| 46 | 2020-00043 | | Inka Corn Original | $ | 7,000.00 | $ | 58,000.00 | $ | 65,000.00 | 12/2/2020 | Consent Judgment |
| 47 | 2019-01452; 2019-01941 | 2019-01447 | 1. Sconza Lemoncello Chocolate Almonds<br>2.Goodfields Dark Chocolate Covered Almonds | $ | 5,000.00 | $ | 50,000.00 | $ | 55,000.00 | 12/4/2020 | Consent Judgment |
| 48 | 2020-02289 | | Multigrain Cracker Original | $ | 2,500.00 | $ | 22,500.00 | $ | 25,000.00 | 12/8/2020 | Out of Court Settlement |
| 49 | 2020-00671; 2020-00474 | | 1. Absolutely Gluten Free Crackers<br>2. Absolutely Gluten Free Everything Flatbread | $ | 6,500.00 | $ | 58,500.00 | $ | 65,000.00 | 12/9/2020 | Consent Judgment |
| 50 | 2020-02094 | | Atkins Protein Wafer Crisps | $ | 6,000.00 | $ | 54,000.00 | $ | 60,000.00 | 12/15/2020 | Consent Judgment |
| 51 | 2020-00664 | | Mary's Gone Crackers Super Seed Everything | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 1/7/2021 | Consent Judgment |
| 52 | 2020-03561; 2020-02876 | 2020-02238 | 1.Gamesa Roscas Cinnamon Cookies<br>2. Gamesa Animalitos Cookies | $ | 12,000.00 | $ | 108,000.00 | $ | 120,000.00 | 1/14/2021 | Consent Judgment |
| 53 | 2020-02096 | | PB&J Wafers | $ | 4,000.00 | $ | 36,000.00 | $ | 40,000.00 | 1/14/2021 | Out of Court Settlement |
| 54 | 2020-02513 | | Kozakanato Almond Senbei | $ | 750.00 | $ | 6,750.00 | $ | 7,500.00 | 1/20/2021 | Out of Court Settlement |
| 55 | 2020-02871 | | Butterkist Ginger Cookies | $ | 2,000.00 | $ | 15,500.00 | $ | 17,500.00 | 1/21/2021 | Out of Court Settlement |
| 56 | 2020-02250 | | Forager BBQ Chipotle Greens | $ | 3,250.00 | $ | 29,250.00 | $ | 32,500.00 | 2/1/2021 | Out of Court Settlement |
| 57 | 2020-02239 | | Lillabee Brownie Thins | $ | 1,000.00 | $ | 9,000.00 | $ | 10,000.00 | 2/1/2021 | Out of Court Settlement |
| 58 | 2020-03041 | | Potter's Crackers Carmelized Onion Crisps | $ | 2,000.00 | $ | 18,000.00 | $ | 20,000.00 | 2/2/2021 | Out of Court Settlement |
| 59 | 2020-03536 | 2020-02511 | Chocolate & Peanut Butter Wafer Pies | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/2/2021 | Consent Judgment |
| 60 | 2020-02949 | 2020-02485 | Chifleton Pinton Plantains | $ | 2,000.00 | $ | 18,000.00 | $ | 20,000.00 | 2/4/2021 | Out of Court Settlement |
| 61 | 2020-00884 | | Almond Peak | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/5/2021 | Consent Judgment |
| 62 | 2020-03538 | 2020-02098 | Diana Picnic Vanilla, Strawberry, and Chocolate | $ | 8,000.00 | $ | 72,000.00 | $ | 80,000.00 | 2/9/2021 | Consent Judgment |
| 63 | 2020-01037 | 2020-00498 | Girl Scout S'mores | $ | 15,000.00 | $ | 120,000.00 | $ | 135,000.00 | 2/17/2021 | Consent Judgment |
| 64 | 2020-02522 | | Jans Tango Crisp Waffle | $ | 2,000.00 | $ | 18,000.00 | $ | 20,000.00 | 2/18/2021 | Out of Court Settlement |
| 65 | 2021-00375 | 2020-02095 | Matilde Vicenzi Puff Pastry with Butter (Ciambelline Al Burro) | $ | 6,000.00 | $ | 52,000.00 | $ | 58,000.00 | 2/23/2021 | Consent Judgment |

| # | Col2 | Col3 | Product | | Amount 1 | | Amount 2 | | Amount 3 | Date | Resolution |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 66 | 2020-03382; 2020-03284; 2020-03285; 2020-02815 | 2019-00069; 2019-00070; 2018-01574; 2018-01573; 2019-01451, 2018-01572, 2019-00068 | 1. Plain Brick Oven Pita Bread<br>2. Authentic Pita Bread<br>3. King Turlock Lavash<br>4. Stone Lavish Breadmasters Flat Bread | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/24/2021 | Consent Judgment |
| 67 | 2020-02601 | | Have A Corn Chips | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/25/2021 | Consent Judgment |
| 68 | 2020-02814 | | Silao Tostadas Caseras | $ | 5,500.00 | $ | 49,500.00 | $ | 55,000.00 | 2/26/2021 | Consent Judgment |
| 69 | 2020-03540; 2020-02521 | 2020-02848; 2021-00784, 2021-01189 | 1. Lago Wafer Cookies with Chocolate Cream Filling Sugar Free<br>2. Gastone Lago Hazelnut Wafers | $ | 8,000.00 | $ | 67,000.00 | $ | 75,000.00 | 3/9/2021 | Consent Judgment |
| 70 | 2020-03043 | | Tacupeto Corn Chips | $ | 1,625.00 | $ | 14,625.00 | $ | 16,250.00 | 3/15/2021 | Out of Court Settlement |
| 71 | 2021-00250; 2020-03040 | 2020-03035 | 1. Cardenas Tostada Rancherita Corn Tostadas<br>2. La Rosa Tostadas Original Casera | $ | 7,000.00 | $ | 53,000.00 | $ | 60,000.00 | 3/15/2021 | Consent Judgment |
| 72 | 2021-00759 | 2020-02810 | Herdez Tortilla Chips | $ | 6,000.00 | $ | 54,000.00 | $ | 60,000.00 | 3/17/2021 | Consent Judgment |
| 73 | 2020-03385 | | Krunch Ginger & Gur Biscuits | $ | 2,000.00 | $ | 18,000.00 | $ | 20,000.00 | 3/18/2021 | Out of Court Settlement |
| 74 | 2020-01218 | 2020-00472 | First Street Almonds Roasted & Salted | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 3/18/2021 | Consent Judgment |
| 75 | 2021-00680 | 2019-02261, 2020-02645, 2021-00494 | Little Secrets Crispy Wafers Dark Chocolate with Sea Salt, Peanut Butter in Dark Chocolate, Milk Chocolate with Sea Salt, Almond Butter in Dark Chocolate with Sea Salt, Peppermint Bark in Dark Chocolate | $ | 8,000.00 | $ | 72,000.00 | $ | 80,000.00 | 3/19/2021 | Consent Judgment |
| 76 | 2021-00672 | 2020-03530 | 1. Si Senor Richachones Salt and Lime Flavored<br>2. Si Senor Picachones Chile & Lime | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 3/19/2021 | Consent Judgment |
| 77 | 2021-00671 | 2020-01916; 2020-03388 | 1. Simple Mills Almond Flour Crackers Sun-Dried Tomato & Basil<br>2. Simple Mills Almond Flour Crackers Sea Salt | $ | 7,000.00 | $ | 68,000.00 | $ | 75,000.00 | 3/19/2021 | Consent Judgment |
| 78 | 2020-03522 | | El Comal Totopos de Maiz Homestyle Tortilla Chips | $ | 7,500.00 | $ | 67,500.00 | $ | 75,000.00 | 3/23/2021 | Consent Judgment |
| 79 | 2021-00857 | 2020-02290 | All Pub Mix, Snack Mix, poker Mix, and Party Mix manufactured, distributed, sold, and/or offered for sale in CA by Utz | $ | 5,000.00 | $ | 50,000.00 | $ | 55,000.00 | 3/25/2021 | Consent Judgment |
| 80 | 2020-02811 | | La Finca Tostadas Caseras | $ | 6,000.00 | $ | 54,000.00 | $ | 60,000.00 | 3/25/2021 | Consent Judgment |
| 81 | 2020-02739 | | Eti Tea Biscuits | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 3/26/2021 | Consent Judgment |
| 82 | 2019-00451 | | Simple Truth Roasted Almonds (Sea Salt) | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 3/30/2021 | Consent Judgment |
| 83 | 2020-02606 | | Ziyad Tea Biscuits | $ | 3,000.00 | $ | 27,000.00 | $ | 30,000.00 | 4/1/2021 | Out of Court Settlement |
| 84 | 2020-02240 | | Nutty Buddy Wafers with Peanut Butter | $ | 15,000.00 | $ | 135,000.00 | $ | 150,000.00 | 4/21/2021 | Consent Judgment |
| 85 | 2020-02097; 2020-00670 | | 1. Zeitaku Kakimochi Senbei (Rice Cracker with Almond Black Beans)<br>2. Japanese Cone Shaped Crackers | $ | 500.00 | $ | 18,000.00 | $ | 18,500.00 | 4/23/2021 | Out of Court Settlement |
| 86 | 2020-03165; 2021-00673 | | 1. K-Bakery Almond Crisps<br>2. Burdock Crisps | $ | 4,000.00 | $ | 46,000.00 | $ | 50,000.00 | 4/29/2021 | Consent Judgment |
| 87 | 2020-03044 | | Win2 Baked Potato Crisp Tomato Flavour | $ | 1,250.00 | $ | 11,250.00 | $ | 12,500.00 | 5/5/2021 | Out of Court Settlement |
| 88 | 2020-02875 | | Fresco Supermarket Tostada Casera | $ | 500.00 | $ | 7,000.00 | $ | 7,500.00 | 5/17/2021 | Out of Court Settlement |
| 89 | 2020-03534 | | Sun Tropics Island Saba Banana Chips Salted Caramel | $ | 2,500.00 | $ | 22,500.00 | $ | 25,000.00 | 6/7/2021 | Out of Court Settlement |
| 90 | 2020-02605 | | Good Thins Gluten Free Sea Salt Corn Snacks | $ | 9,000.00 | $ | 86,000.00 | $ | 95,000.00 | 6/17/2021 | Consent Judgment |
| 91 | 2020-02487 | | Base Culture Maple Almond Butter | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 6/22/2021 | Consent Judgment |
| 92 | 2020-02881 | | Turbana Plantain Chips Sweet | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 7/6/2021 | Consent Judgment |
| 93 | 2021-00311 | | Shimmer and Shine Breakfast Mini Bites Cinnamon Brown Sugar | $ | 2,000.00 | $ | 17,000.00 | $ | 19,000.00 | 7/15/2021 | Out of Court Settlement |
| 94 | 2021-00674 | | Raley's Tortilla Chips | $ | 5,000.00 | $ | 40,000.00 | $ | 45,000.00 | 7/21/2021 | Consent Judgment |
| 95 | 2021-00670 | | Barnana Organic Cookie Brittle- Double Chunk Dark Chocolate | $ | 3,000.00 | $ | 22,000.00 | $ | 25,000.00 | 7/22/2021 | Out of Court Settlement |
| 96 | 2020-03544 | | Original Gourmet The Original Animal Crackers | $ | 1,000.00 | $ | 11,000.00 | $ | 12,000.00 | 7/26/2021 | Out of Court Settlement |
| 97 | 2021-00668 | | Hill Biscuits Ginger Nuts | $ | 1,500.00 | $ | 17,000.00 | $ | 18,500.00 | 8/2/2021 | Out of Court Settlement |
| 98 | 2020-03162 | | Cigar Fry Biscuits Baked Cookies | $ | 500.00 | $ | 5,500.00 | $ | 6,000.00 | 8/4/2021 | Out of Court Settlement |
| 99 | 2021-00678 | | El Ranchero Authentic Mexican Tortilla Chips Salted | $ | 500.00 | $ | 4,500.00 | $ | 5,000.00 | 8/6/2021 | Out of Court Settlement |

| # | Col2 | Col3 | Product | | Amt1 | | Amt2 | | Amt3 | Date | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 2021-01415 | 2021-00135; 2021-00757 | Trader Joe's Sweet Potato Tortilla Chips | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 8/9/2021 | Consent Judgment |
| 101 | 2020-03386 | | La Fortaleza Stone Ground Corn Tortilla Chips Restaurant Style | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 8/19/2021 | Consent Judgment |
| 102 | 2021-01860 | | Tutubi Banana Chips | $ | 3,000.00 | $ | 22,000.00 | $ | 25,000.00 | 8/24/2021 | Out of Court Settlement |
| 103 | 2020-03383 | | Creamy French Cookie (Chocolate) | $ | 1,500.00 | $ | 13,500.00 | $ | 15,000.00 | 9/2/2021 | Out of Court Settlement |
| 104 | 2020-02809 | | Chavez Supermarket Tostadas Caseras | $ | 2,000.00 | $ | 20,000.00 | $ | 22,000.00 | 9/2/2021 | Out of Court Settlement |
| 105 | 2020-02598 | | R.W. Garcia Organic BBW Corn Chips | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 9/2/2021 | Consent Judgment |
| 106 | 2020-03392 | | Vallarta Supermarkets Tostadas Caseras 24 CT, Vallarta Supermarkets Tortilla Chips | $ | 2,500.00 | $ | 20,000.00 | $ | 22,500.00 | 9/7/2021 | Out of Court Settlement |
| 107 | 2020-03086 | 2020-02917 | Mestemacher Almond Protein Bread | $ | 1,500.00 | $ | 16,000.00 | $ | 17,500.00 | 9/9/2021 | Out of Court Settlement |
| 108 | 2021-00373 | | The Fillo Factory Organic Fillo Dough | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 9/22/2021 | Consent Judgment |
| 109 | 2021-00130 | | Cali'flour Foods Cauliflower Pizza Crust, Original Italian | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 9/22/2021 | Consent Judgment |
| 110 | 2021-00676 | 2021-00125 | Base Culture Keto Bread Products | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 9/26/2021 | Consent Judgment |
| 111 | 2021-00544 | | Lil' Dutch Maid Almond Windmill Cookies | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 9/30/2021 | Consent Judgment |
| 112 | 2020-01631 | | Kroger Potato Sticks | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 9/30/2021 | Consent Judgment |
| 113 | 2020-02874 | | El Paraiso Tostadas Caseritas | $ | 5,500.00 | $ | 49,500.00 | $ | 55,000.00 | 10/4/2021 | Consent Judgment |
| 114 | 2020-03529 | | Musso's Toast Italian Crostini | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 10/13/2021 | Consent Judgment |
| 115 | 2020-03523 | | Fresh Gourmet Garlic Pepper Crispy Onions | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 10/13/2021 | Consent Judgment |
| 116 | 2021-01862 | | Marianitas Cookies Galletas Pecan Artificially Flavored | $ | 3,000.00 | $ | 22,000.00 | $ | 25,000.00 | 10/18/2021 | Out of Court Settlement |
| 117 | 2020-03034 | | Bissli BBQ Flavoured Wheat Snacks | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 10/18/2021 | Consent Judgment |
| 118 | 2021-02101 | 2021-00667 | El Milagro Totopos Estilo Caseara | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 10/21/2021 | Consent Judgment |
| 119 | 2021-00313 | | Melinda's Thin & Crispy Banana Chips Sour Cream & Onion | $ | 3,000.00 | $ | 47,000.00 | $ | 50,000.00 | 10/21/2021 | Consent Judgment |
| 120 | 2021-01414 | 2021-00545 | Mezzetta Family Co. Roasted Red Bell Peppers California Fresh Pack Mild | $ | 6,500.00 | $ | 56,000.00 | $ | 62,500.00 | 10/29/2021 | Consent Judgment |
| 121 | 2021-00675 | 2021-00443 | Great Value Honey Mini Bear Grahams | $ | 2,500.00 | $ | 30,000.00 | $ | 32,500.00 | 11/8/2021 | Out of Court Settlement |
| 122 | 2020-02878 | | Shegraa Lime Plantain Chips | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 11/15/2021 | Consent Judgment |
| 123 | 2021-01843 | | Taco Works Original Tortilla Chips | $ | 2,500.00 | $ | 25,000.00 | $ | 27,500.00 | 12/2/2021 | Out of Court Settlement |
| 124 | 2021-02321 | | Bagley Opera Wafers | $ | 1,500.00 | $ | 15,000.00 | $ | 16,500.00 | 12/10/2021 | Out of Court Settlement |
| 125 | 2021-02270 | | Perfection Snacks Gluten Free Snack Mix | $ | 150.00 | $ | 4,850.00 | $ | 5,000.00 | 12/10/2021 | Out of Court Settlement |
| 126 | 2021-02462 | 2021-02365 | Maestro Massimo Wafer Cubetti with Hazelnut Cream | $ | 2,500.00 | $ | 22,500.00 | $ | 25,000.00 | 12/21/2021 | Out of Court Settlement |
| 127 | 2020-03526 | | Lucky's Bakery Croutons | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 12/30/2021 | Consent Judgment |
| 128 | 2021-00309 | | Cappello's Grain Free Naked Pizza Crust | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 1/5/2022 | Consent Judgment |
| 129 | 2021-02203 | 2021-01325 | Trader Joe's 3 Seed Beet Crackers | $ | 7,000.00 | $ | 58,000.00 | $ | 65,000.00 | 1/5/2022 | Consent Judgment |
| 130 | 2021-02351 | | El Tio Papilio Potato Crisps Extra Crunchy | $ | 2,000.00 | $ | 16,000.00 | $ | 18,000.00 | 1/17/2022 | Out of Court Settlement |
| 131 | 2021-02463 | 2021-02362 | San Carlo Wavy Potato Chips | $ | 3,000.00 | $ | 22,000.00 | $ | 25,000.00 | 1/25/2022 | Out of Court Settlement |
| 132 | 2021-02337 | 2021-02033; 2021-01842 | Tortilleria Santa Fe Chipotle Spiced Corn Tortilla Chips | $ | 350.00 | $ | 5,000.00 | $ | 5,350.00 | 1/27/2022 | Out of Court Settlement |
| 133 | 2021-02853; 2021-01604 | 2021-01602; 2021-00244; 2020-03167; 2020-02851 | 1. Sweet Potato Shaped Snack 2. GeeMor Tteokpokki Snack | $ | 3,000.00 | $ | 22,000.00 | $ | 25,000.00 | 1/31/2022 | Out of Court Settlement |
| 134 | 2021-02030 | | Siete Grain Free Cookies- Mexican Chocolate | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/3/2022 | Out of Court Settlement |
| 135 | 2020-03525 | | Lesley Stowe Raincoast Crisps Gingerbread and Spiced Pear Crackers | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/4/2022 | Consent Judgment |
| 136 | 2021-02352 | | Arnott's Tim Tam Irresistible Chocolaty Covered Biscuits | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 2/7/2022 | Consent Judgment |
| 137 | 2021-03023 | | Esperanza's Tortilleria Tostadas Casera | $ | 2,800.00 | $ | 25,200.00 | $ | 28,000.00 | 2/11/2022 | Out of Court Settlement |
| 138 | 2021-0052; 2021-02285 | 2021-02575; 2021-01864 | 1. Simple Truth Organic White Corn Tortilla Chips 2. Sun Harvest Organic Blue Corn Tortilla Chips | $ | 7,000.00 | $ | 58,000.00 | $ | 65,000.00 | 2/22/2022 | Consent Judgment |
| 139 | 2020-03170 | | Zambos Chile Limon Flavored Plantain Chips | $ | 7,500.00 | $ | 67,500.00 | $ | 75,000.00 | 3/15/2022 | Consent Judgment |
| 140 | 2020-03535 | 2020-02488 | Bristol Farms Cinnamon Vanilla Almonds | $ | 5,000.00 | $ | 50,000.00 | $ | 55,000.00 | 3/24/2022 | Consent Judgment |
| 141 | 2021-02034 | | Jody's Gourmet Popcorn | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 5/12/2022 | Consent Judgment |
| 142 | 2021-02527 | 2020-02520 | Northgate Market Tostadas Caseras | $ | 5,000.00 | $ | 45,000.00 | $ | 50,000.00 | 5/24/2022 | Consent Judgment |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 143 | 2021-02204 | 2021-01459, 2021-00124 | Athens Phyllo Dough | $ | 6,000.00 | $ 54,000.00 | $ 60,000.00 | 6/13/2022 | Consent Judgment |
| 144 | 2022-00138 | 2021-02074 | Elvan Today Cube Wafer with Chocolate Cream / Elvan Today Cube wafer with Hazelnut Cream | $ | 1,000.00 | $ 14,000.00 | $ 15,000.00 | 6/15/2022 | Out of Court Settlement |
| 145 | 2022-00489 | 2021-02661; 2021-02075 | Trader Joe's Animal Crackers | $ | 3,500.00 | $ 31,500.00 | $ 35,000.00 | 7/20/2022 | Out of Court Settlement |
| 146 | 2022-00488 | 2021-02796; 2021-02323 | Ka-Pop Super Grains Popped Chips | $ | 1,000.00 | $ 14,000.00 | $ 15,000.00 | 8/3/2022 | Out of Court Settlement |
| 147 | 2020-03543 | | Cuetara Cookies Animalitos | $ | 5,000.00 | $ 45,000.00 | $ 50,000.00 | 9/16/2022 | Consent Judgment |
| 148 | 2021-02360 | | Vintage Gourmet Wafer Rolls | $ | 5,000.00 | $ 45,000.00 | $ 50,000.00 | 11/30/2022 | Consent Judgment |
| 149 | 2020-03389 | | Taiwan Mincher Sesame Brown Rice Wafer | $ | 15,000.00 | $ 17,350.00 | $ 32,350.00 | 6/13/2023 | Default |
| 150 | 2021-00440 | | Knorr French Onion Recipe Mix | $ | 5,000.00 | $ 45,000.00 | $ 50,000.00 | 9/11/2023 | Consent Judgment |
| 151 | 2022-01518; 2022-00460 | 2021-01327, 2022-00433, 2022-00459 | 1. Parle Hide n' Seek Moulded Cookies  2. Parle Bakesmith Marie Cookies | $ | 6,000.00 | $ 54,000.00 | $ 60,000.00 | 9/22/2023 | Consent Judgment |

| | Total | Civil Penalities | Attorney Fees |
|---|---|---|---|
| Both Defendants | $ 7,180,450.00 | $ 743,925.00 | $ 6,436,525.00 |
| Embry | $ 2,036,500.00 | $ 216,250.00 | $ 1,820,250.00 |
| EHA | $ 5,143,950.00 | $ 527,675.00 | $ 4,616,275.00 |

| | |
|---|---|
| # Settled Cases: | 151 |
| Consent Judgment | 97 |
| Out of Court Settlement | 53 |
| Default Judgment | 1 |