# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G Foods North America, Inc., | No. 2:20-cv-00526-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Kim Embry, et al., | |
| Defendants. | |

Defendants Kim Embry and Environmental Health Advocates, Inc. request the court seal a document in connection with their motion for summary judgment. Request, ECF No. 191. Portions of this document contain material designated by plaintiff as "CONFIDENTIAL" under the terms of the Protective Order in this action. Protective Order, ECF No. 98. However, in the Protective Order, the court advised parties that the "designation of documents (including transcripts of testimony) as confidential pursuant to this order does not automatically entitle the parties to file such a document with the court under seal." Protective Order ¶ 2. Defendants' reliance on the protective order does not offer "a compelling reason to overcome the presumption in favor of access." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003); *see also Kamakana v. City of Honolulu*, 447 F.3d 1172, 1183 (9th Cir. 2006). Apart from the protective order, defendants do not provide any reason as to why sealing is warranted.

/////

1

1. Accordingly, the court **denies** the Request to Seal Documents without prejudice.
2. This order resolves ECF No. 191.
3. IT IS SO ORDERED.
4. DATED: July 29, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE