1  J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
    borden@braunhagey.com
3  David H. Kwasniewski, Esq. (SBN: 281985)
    kwasniewski@braunhagey.com
4  Tracy O. Zinsou, Esq. (SBN: 295458)
    zinsou@braunhagey.com
5  H. Chelsea Tirgardoon, Esq. (SBN: 340119)
    tirgardoon@braunhagey.com
6  Eric Schlabs, Esq. (*pro hac vice*)
    schlabs@braunhagey.com
7  BRAUNHAGEY & BORDEN LLP
   351 California Street, 10th Floor
8  San Francisco, CA 94104
   Telephone: (415) 599-0210
9  Facsimile: (415) 276-1808

10 ATTORNEYS FOR PLAINTIFF
   B&G FOODS NORTH AMERICA, INC.

11

12

13            **UNITED STATES DISTRICT COURT**

14           **EASTERN DISTRICT OF CALIFORNIA**

15

16 B&G FOOD NORTH AMERICA, INC.,          **Case No. 2:20-cv-00526-KJM-DB**

17      Plaintiff,                        **DECLARATION OF GENERAL MILLS,
                                           INC. DBA MEDALLION LABS**
18      v.
                                          Judge:            Hon. Kimberly J. Mueller
19 KIM EMBRY and ENVIRONMENTAL            Magistrate Judge  Hon. Deborah Barnes
   HEALTH ADVOCATES, INC., acting as
20 enforcement representatives under California    SAC Filed:        November 23, 2022
   Proposition 65 on behalf of the State of        Trial Date:       None Set
21 California,

22      Defendants.

23

24

25

26

27

28

                                                      Case No.  2:20-cv-00526-KJM-DB
─────────────────────────────────────────────────────────────────────
       DECLARATION OF GENERAL MILLS, INC. DBA MEDALLION LABS

Docusign Envelope ID: 01B9C3A0-04DA-4468-B8C2-F980632339D5

I, Sarah Eull, declare:

1.      I am General Manager of Medallion Labs ("Medallion"). I make this declaration based on my personal knowledge. If called as a witness, I could, and would, testify competently to the facts stated herein.

2.      Medallion Labs is an analytical testing and consulting services laboratory of General Mills. Medallion Labs provides businesses with food product testing to assist them in scrutinizing the composition of their foods, evaluating customer satisfaction, and ensuring compliance with food safety standards.

**A.      Defendants' Violation of Medallion's Terms of Service**

3.      Medallion does not prepare testing for use in litigation, which requires strict control to ensure samples are not destroyed and are available for retesting. Medallion's purchase orders expressly prohibit using its testing in litigation for this reason.

4.      Medallion was not informed that its results were being used for the purpose of litigation until it received a subpoena from B&G Foods in this case. Defendants did not inform Medallion that its testing would be used for the purpose of litigation.

5.      On September 8, 2020, Medallion terminated its relationship with Defendants and declined to accept any other requests for testing. Medallion does not validate Defendants' use of its results for the purpose of litigation.

6.      Therefore, Medallion rescinds Defendants' past results.

**B.      Defendants Did Not Instruct Medallion to Retain Samples**

7.      Medallion has never received any request from Defendants to retain samples for a period longer than the preservation period provided in its terms of service.

8.      On November 18, 2020, Defendants first inquired about Medallion's preservation of evidence policy.

Dated:  August 2, 2024

By: _____

Sarah Eull

General Mills, Inc. dba Medallion Labs

Case No.  2:20-cv-00526-KJM-DB

DECLARATION OF GENERAL MILLS, INC. DBA MEDALLION LABS