1   J. Noah Hagey, Esq. (SBN: 262331)
      hagey@braunhagey.com
2   Matthew Borden, Esq. (SBN: 214323)
      borden@braunhagey.com
3   David H. Kwasniewski, Esq. (SBN: 281985)
      kwasniewski@braunhagey.com
4   Tracy O. Zinsou, Esq. (SBN: 285985)
      zinsou@braunhagey.com
5   H. Chelsea Tirgardoon, Esq. (SBN: 340119)
      tirgardoon@braunhagey.com
6   BRAUNHAGEY & BORDEN LLP
    747 Front Street, 4th Floor
7   San Francisco, CA 94111
    Telephone: (415) 599-0210
8   Facsimile: (415) 276-1808

9   ATTORNEYS FOR PLAINTIFF
    B&G FOODS NORTH AMERICA, INC.

10

11

12                 **UNITED STATES DISTRICT COURT**

13               **EASTERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| 15   B&G FOODS NORTH AMERICA, INC., | **Case No. 2:20-cv-00526-KJM-DB** |
| 16        Plaintiff, | **B&G FOODS NORTH AMERICA, INC.'S NOTICE OF ERRATA TO** |
| 17        v. | **OPPOSITION TO DEFENDANTS KIM EMBRY AND ENVIRONMENTAL** |
| 18   KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as | **HEALTH ADVOCATES, INC.'S MOTION FOR SUMMARY** |
| 19   enforcement representatives under California Proposition 65 on behalf of the State of | **JUDGMENT** |
| 20   California, | Judge:        Hon. Kimberly J. Mueller |
| 21        Defendants. | Courtroom:   3 |
| 22   | SAC Filed:   November 23, 2022 |
| | Trial Date:   None Set |

23

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 2, 2024, Plaintiff B&G Foods North America, Inc. ("B&G Foods") filed its Opposition to Defendants Kim Embry and Environmental Health Advocates, Inc.'s Motion for Summary Judgment ("Opposition"). B&G Foods inadvertently filed a version of its Opposition which omitted the content included herein and was not the latest version. B&G Foods accordingly files the correct and final version of B&G Foods's Opposition.

- Attached hereto as Exhibit 1 is a corrected and final version of B&G Foods's Opposition to Defendants Kim Embry and Environmental Health Advocates, Inc.'s Motion for Summary Judgment.

B&G Foods genuinely apologizes to the Court and opposing counsel for any inconvenience that the above referenced issues have caused.

Dated:  August 3, 2024

Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
        Matthew Borden

*Attorneys for Plaintiff*
*B&G Foods North America, Inc.*

Case No. 2:20-cv-00526-KJM-DB

B&G FOODS'S NOTICE OF ERRATA