1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden, Esq. (SBN: 214323)
       borden@braunhagey.com
3  David H. Kwasniewski, Esq. (SBN: 281985)
       kwasniewski@braunhagey.com
4  Tracy O. Zinsou, Esq. (SBN: 285985)
       zinsou@braunhagey.com
5  H. Chelsea Tirgardoon, Esq. (SBN: 340119)
       tirgardoon@braunhagey.com
6  BRAUNHAGEY & BORDEN LLP
   747 Front Street, 4th Floor
7  San Francisco, CA 94111
   Telephone: (415) 599-0210
8  Facsimile: (415) 276-1808

9  ATTORNEYS FOR PLAINTIFF
   B&G FOODS NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, <br><br> Defendants. | **Case No. 2:20-cv-00526-KJM-SCR** <br><br> **B&G FOODS'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT ENVIRONMENTAL HEALTH ADVOCATES, INC.'S RULE 30(b)(6) CORPORATE DEPONENT** <br><br> Date:           September 12, 2024 <br> Time:          10:00 AM <br><br> Magistrate Judge: Hon. Sean C. Riordan <br> Courtroom: 27 <br><br> SAC Filed:      November 23, 2022 <br> Trial Date:     None Set |

Case No. 2:20-cv-00526-KJM-SCR

B&G FOODS'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT EHA'S RULE 30(b)(6) WITNESS

# NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 12, 2024, at 10:00 a.m. in Courtroom 27 of the United States District Court, Eastern District of California, located at 501 I Street, Sacramento, CA 95814, a hearing will be held on the discovery disagreement between Plaintiff B&G Foods North America, Inc. ("B&G Foods") and Defendants Environmental Health Advocates, Inc. ("EHA") and Kim Embry (collectively, "Defendants"). The matters for the hearing include B&G Foods's motion to compel EHA to produce and designate a corporate deponent for oral examination pursuant to Federal Rule of Civil Procedure 30(b)(6).

The specifics of the parties' dispute and the parties' respective contentions are detailed in the forthcoming Joint Statement.

Dated: August 14, 2024

Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
Matthew Borden

*Attorneys for Defendant
B&G Foods North America, Inc.*

## **MOTION TO COMPEL**

Plaintiff B&G Foods North America, Inc. ("B&G Foods") hereby moves this Court for an order compelling Defendant Environmental Health Advocate, Inc's ("EHA") to produce and designate a corporate deponent for oral examination pursuant to Federal Rule of Civil Procedure 30(b)(6).

The Motion is based on the forthcoming Joint Statement regarding Discovery Disagreement and supporting papers and the entire record herein.

Dated:  August 14, 2024                                            Respectfully Submitted,

BRAUNHAGEY & BORDEN LLP

By: _____
Matthew Borden

*Attorneys for Plaintiff*
*B&G Foods North America, Inc.*