1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G Foods North America, Inc., | No. 2:20-cv-00526-KJM-SCR |
| Plaintiff, | ORDER |
| v. | |
| Kim Embry and Environmental Health Advocates, Inc., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | |
| Defendants. | |

Defendants Kim Embry and Environmental Health Advocates, Inc. request the court seal a document in support of their motion for summary judgment. *See generally* Notice Req. Seal, ECF No. 205. Plaintiff has not opposed the request. The court previously denied their first and second attempts to request to seal this document. *See* Order (July 30, 2024). ECF No. 193; Order (Aug. 15, 2024), ECF No. 204. The court denied the second attempt because the request was overbroad. *See* Order (Aug. 15, 2024) at 2. While defendants have specified pages and line numbers with individualized justifications for each request, the pages they cite do not match up to the document they submitted to the court to be sealed via email. *See* Drummond Decl. at 2–4 (on file with the court); *cf.* Schulte Decl. Ex. D (highlighting different excerpts than identified in

1

1 | Drummond Decl.).  Accordingly, the court **denies without prejudice to renewal** defendants'
2 | third request to seal the document.
3 |     This order resolves ECF No. 205.
4 |     IT IS SO ORDERED.
5 | DATED:  September 10, 2024.

CHIEF UNITED STATES DISTRICT JUDGE