J. Noah Hagey, Esq. (SBN: 262331)
   hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
   borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
   kwasniewski@braunhagey.com
Tracy O. Zinsou, Esq. (SBN: 285985)
   zinsou@braunhagey.com
H. Chelsea Tirgardoon, Esq. (SBN: 340119)
   tirgardoon@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
B&G FOODS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC., | Case No. 2:20-cv-00526-KJM-SCR |
| Plaintiff, | **L.R. 160 NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. Kimberly J. Mueller<br>Courtroom: 3 |
| KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California, | SAC Filed: November 23, 2022<br>Trial Date: None Set |
| Defendants. | |

Case No. 2:20-cv-00526-KJM-SCR
NOTICE OF SETTLEMENT

Plaintiff B&G Foods North America, Inc., and Defendants Kim Embry and Environmental Health Advocates, Inc., hereby submit this Joint Notice under Local Rule 160 to inform the Court that the Parties entered into a binding and enforceable settlement agreement. B&G Foods will file a stipulation of dismissal no later than November 8, 2024.

Dated:  November 4, 2024	Respectfully submitted,

	BRAUNHAGEY & BORDEN LLP

	By:   *s/ Matthew Borden*
	         Matthew Borden

	*Attorneys for Plaintiff B&G Foods North America, Inc.*

Dated: November 4, 2024	Respectfully submitted,

	FORUM LAW PARTNERS LLP

	By:   *s/ R. Jeffrey Neer [with consent]*
	         R. Jeffrey Neer

	*Attorneys for Defendants Kim Embry and Environmental Health Advocates, Inc.*