J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden, Esq. (SBN: 214323)
  borden@braunhagey.com
David H. Kwasniewski, Esq. (SBN: 281985)
  kwasniewski@braunhagey.com
Tracy O. Zinsou, Esq. (SBN: 285985)
  zinsou@braunhagey.com
H. Chelsea Tirgardoon, Esq. (SBN: 340119)
  tirgardoon@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR PLAINTIFF
B&G FOODS NORTH AMERICA, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B&G FOODS NORTH AMERICA, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>KIM EMBRY and ENVIRONMENTAL HEALTH ADVOCATES, INC., acting as enforcement representatives under California Proposition 65 on behalf of the State of California,<br><br>        Defendants. | Case No. 2:20-cv-00526-KJM-SCR<br><br>**B&G FOODS NORTH AMERICA, INC.'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Judge:        Hon. Kimberly J. Mueller<br>Courtroom:        3<br><br>SAC Filed:        November 23, 2022<br>Trial Date:        None Set |

Case No. 2:20-cv-00526-KJM-SCR

NOTICE OF VOLUNTARY DISMISSAL

**TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff B&G Foods, North America Inc. and Defendants Kim Embry and Environmental Health Advocates hereby stipulate to the voluntary dismissal of Plaintiff's claims with prejudice. Each party shall bear their own attorney's fees and costs in this matter.

Dated: November 8 2024                    Respectfully submitted,

                                          BRAUNHAGEY & BORDEN LLP


                                          By:  ___/s Matthew Borden___
                                                  Matthew Borden

                                          *Attorneys for Plaintiff*
                                          *B&G Foods North America, Inc.*

NOTICE OF VOLUNTARY DISMISSAL